# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Julie Stark
Direct: 212.554.7849  Fax: 212.554.7700
jstark@mosessinger.com



July 31, 2008



VIA FACSIMILE

Hon. Shira A. Scheindlin, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:  **THOIP v. Walt Disney Company 08-CV-6823 (SAS)**

Your Honor:

    We represent Plaintiff in the above-captioned matter, which was filed with the Court late yesterday but not yet served on Defendant. Plaintiff plans to serve Defendant with the Summons and Complaint along with a motion for a Preliminary Injunction tomorrow morning, August 1. Accordingly, we have made this application ex parte.

    We write to respectfully request the Court's permission to file a total of 34 exhibits (spread among four declarations) in support of Plaintiff's Preliminary Injunction motion, and to file one exhibit that is 57 pages. With the exception of that one exhibit, which is a compilation of news articles from LEXIS-NEXIS, the vast majority of Plaintiff's exhibits are photographs or graphic images. Moreover, Plaintiff's total page count for exhibits is 167, which is below Your Honor's theoretical aggregate page limit of 225. We feel strongly that all of the exhibits will be helpful to the Court in evaluating our motion.

                                    Respectfully submitted,
                                    /s/ Julie Stark

Dated: 7/31/08

*The Plaintiff's request is hereby granted. Plaintiff may file Thirty-four (34) exhibits in support of its motion for a preliminary injunction, totaling 167 pages. SO ORDERED:*

*Shira A. Scheindlin, USDJ*