# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Paul M. Fakler
Direct: 212.554.7632  Fax: 917.206.4336
pfakler@mosessinger.com

October 21, 2009

**VIA FAX – (212) 805-7920**

Honorable Shira A. Scheindlin
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/09

Re:  *THOIP v. The Walt Disney Company, et al.* 08 CIV. 6823 (SAS)

Dear Judge Scheindlin:

We represent Plaintiff THOIP in the above-referenced trademark infringement case. Further to the October 9 proceeding before Your Honor, both Plaintiff and Defendants will be filing motions to exclude proposed expert testimony on October 23.

We have conferred with Defendants' counsel, Ms. Melanie Bradley, and write to jointly request permission to attach relevant expert reports to these motions, notwithstanding that these reports each exceed 15 pages in length. These reports are crucial to the Court's review of the motions.

Respectfully submitted,

Paul M. Fakler

cc:   Dale Cendali, Esq. (by fax and e-mail)

Plaintiff's request to attach relevant expert reports to the parties' motions to exclude proposed expert testimony due on October 23, 2009 is hereby granted.

Date: 10/21/09          SO ORDERED

Shira Scheindlin
U.S.D.J.

783252 011703.0101