Dale M. Cendali
Melanie Bradley
Courtney Schneider
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: 212-446-4800
Fax: 212-446-4900

*Attorneys for Defendants*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
THOIP (A Chorion Limited Company)           :
:
       Plaintiff,                  :    08 Civ. 6823 (SAS)
:
  - against -                           :
:    **NOTICE OF MOTION**
THE WALT DISNEY COMPANY, DISNEY             :
CONSUMER PRODUCTS, INC. and DISNEY           :
DESTINATIONS, LLC,                           :
:
       Defendants.                 :
:
---------------------------------------------------------------- X

      PLEASE TAKE NOTICE that, upon the accompanying Declarations of Dale Cendali and Melanie Bradley declared to on October 23, 2009, and the accompanying memorandum of law in support of Defendants' motion *in limine*, the undersigned will move before the Honorable Judge Scheindlin, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order to exclude the expert testimony of Dr. Gary Ford:

Dated:  October 23, 2009                         *s/Dale M. Cendali*
                                                   Dale M. Cendali
                                                   Melanie Bradley
                                                   Courtney Schneider
                                                 KIRKLAND & ELLIS LLP
                                                 601 Lexington Avenue
                                                 New York, New York 10022
                                                 Tel: 212-446-4800
                                                 Fax: 212-446-4900

                                                 ATTORNEYS FOR DEFENDANTS