**APPENDIX A**

# YORAM (JERRY) WIND

**Academic Positions:** Jerry Wind is The Lauder Professor and Professor of Marketing at The Wharton School of the University of Pennsylvania. He is the founding director of *The Wharton "think tank," The SEI Center for Advanced Studies in Management.* The Center's mission is to assure through research and development the quality, relevance and impact of management research, education and practice. Dr. Wind joined the Wharton faculty in January 1967, upon receipt of his doctorate from Stanford University.

**Program Development:** Dr. Wind is the founder and academic director of *The Wharton Fellows* program. From 1983 to 1988, he was the founding director of *The Joseph H. Lauder Institute of Management and International Studies,* and from 1980 to 1983 the founding director of *The Wharton Center for International Management Studies.* Dr. Wind chaired the Wharton committees that designed *The Wharton Executive MBA Program* (1974), *the new MBA curriculum* (1991), the School's *globalization strategy* (1995-1997), and the MBA's *cross-functional integration* efforts (2002-04). He also started *The Wharton International Forum* (1987) and served as the chairman of its faculty council until 1998. He was instrumental in establishing the Alfred West, Jr. Learning Lab and served as a member of its first advisory board (2001-05).

**Publications:** Dr. Wind is one of the most cited authors in marketing. He is a regular contributor to professional marketing literature, which has included 23 books and over 250 papers, articles, and monographs encompassing the areas of marketing strategy, marketing research, new product and market development, consumer and industrial buying behavior, and global marketing.  Dr. Wind's books have received wide acclaim and many have been translated into a number of languages.  His most recognized recent publications include: *Competing in a Flat World,* with Victor and William Fung (Wharton School Publishing 2007), *The Power of Impossible Thinking: How Changing Your Mental Models Will Transform the Business of Your Life and the Life of Your Business,* with Colin Crook (Wharton School Publishing 2004), *Convergence Marketing: Strategies for Reaching the New Hybrid Consumer* with Vijay Mahajan (Financial Times/Prentice Hall 2002), *Leveraging Japan: Marketing to the New Asia* with George Fields and Hotaka Katahira (Jossey-Bass 1999) and *Driving Change* with Jeremy Main (Free Press 1998). Both *The Power of Impossible Thinking* and *Convergence Marketing* were selected by Executive Book Summaries as one of the thirty best business books of 2002 and 2004. His recent edited books– *The Network Challenge: Strategy, Profit and Risk in an Interlinked World* (Wharton School Publishing, forthcoming 2009), *New Product Diffusion Models* (Kluwer 2000), *Digital Marketing* (Wiley 2001), and *Marketing Research and Modeling: Progress and Prospects* (Kluwer 2004)–include the works of the leading experts on these topics.

**Editorship:** Dr. Wind founded *Wharton School Publishing* (Wharton's J.V. with Pearson) (2003) and served as the first Wharton editor (2003-2008). He has served as editor-in-chief of the *Journal of Marketing,* on the policy boards of the *Journal of Consumer Research* and *Marketing Science,* and has been on the editorial boards of the major marketing journals. He has served as guest editor of special issues of the major marketing journals including *Marketing Science* (1996) on Empirical Generalization in Marketing (with Frank Bass), *JMR* (1978) on market segmentation and (1997) on Innovation in New Product Development and *Marketing Research* (1998) on The State of the Art in Quantitative Research.

**Business Experience:** Dr. Wind has served as an advisor to many Fortune 500 firms and a number of non-U.S. multinationals in the financial services, pharmaceuticals, information, and consumer packaged goods industries. His consulting focuses on both overall global corporate and business strategy and transformation as well as marketing strategy and especially the development of new businesses. He is a regular advisor to the investment firm SEI. In addition, he has served as an expert witness in various legal cases.  Dr. Wind is a member of the advisory board of a number of start-ups including Mutual Arts, NetXentry (WebForPhone), Arshiya (India), and Decision Lens. He is a former director of IDT (HK), Enhance Financial Services Corporation, Contel Corporation, CASA and a number of entrepreneurial ventures.

**Professional Activities:** Dr. Wind is an active member of the major marketing and management science professional associations. He is the former Chancellor of the International Academy of Management (IAM). He is a former academic trustee of the Marketing Science Institute and former chairman of the College of Marketing of the Institute of Management Science. He is one of the founders of the Israeli university–*The Interdisciplinary Center Herzliya* (IDC) (1994), chairman of its academic council, and member of its academic appointment and promotion committee. He is also a member of the board of the American Friends of IDC. He is a member of the board of a number of Wharton's centers, including the Lauder Institute, a trustee of *The Philadelphia Museum of Art* and a member of its digital age committee, and a member of the Advisory Board of *Business for Diplomatic Action.* He is a frequent lecturer in faculty seminars and executive programs in over 50 universities worldwide.

1

June 2009

**Awards:** Dr. Wind is the recipient of various awards, including the four major marketing awards—The Charles Coolidge Parlin Award (1985), the AMA/Irwin Distinguished Educator Award (1993), the Paul D. Converse Award (1996) and the Buck Weaver Award (2007). He is the recipient of the first Faculty Impact Award given by Wharton Alumni (1993). In 1984, he was elected as member of the Attitude Research Hall of Fame and has won a number of research awards, including two Alpha Kappa Psi Foundation awards and a recent inclusion in JAR Classics issue of one of 18 articles that have withstood the test of time. In 2001 he was selected as one of the 10 *Grand Auteurs in Marketing* and later named as the 2003 recipient of the Elsevier Science Distinguished Scholar award of the Society for Marketing Advances. In May 2004 he was awarded as Honorary Fellow of the Decade by the Interdisciplinary Center Herzliya (Israel).

## ACADEMIC EXPERIENCE

**EDUCATION**

Stanford University, Graduate School of Business. Ph.D. (Marketing), September 1964-December 1966.

Stanford University, International Center for Advancement of Management Education, Certificate in Marketing Management. September 1963-June 1964.

The Hebrew University, Jerusalem, School of Economics and Social Sciences, M.A. (Business Administration and Political Science), September 1961-June 1963; B. Soc. Sci. (Economics and Political Science), September 1958-June 1961.

**UNIVERSITY POSITIONS**

### A. University of Pennsylvania, The Wharton School

**Faculty Positions:**
The Lauder Professor, 1983-
Professor of Marketing, 1973-
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Associate Professor of Marketing, 1970-1973
Assistant Professor of Marketing and International Business, 1967-1970

**Selected Administrative Positions:**
Founding Academic Director, The Wharton Fellows platform and program, 2000-
Founding Director, The SEI Center for Advanced Studies in Management, 1988-
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Founding Editor, Wharton School Publishing (WSP), 2003-2008
Founding Director, The Joseph H. Lauder Institute of Management and International Studies, 1983-1988
Founding Director, the 1st Title VI National Resource Center in International Management Studies, 1985-1988
Founding Director, The Wharton Center for International Management Studies, 1980-1983

**Secondary Faculty Appointments:**
Member of the Graduate Group in International Studies (School of Arts & Sciences), 1984-1998
Member of the OR Group, 1979-1984 and the OR affiliated faculty, 1984-1989
Senior Fellow of the Leonard Davis Institute, 1977-1980
Secondary Appointment as Professor of Management, 1981-1984
Member of the Extended Faculty of the Social Systems Sciences Dept. 1981-1986

### B. Other Universities

The Interdisciplinary Center (IDC) Herzliya Israel, Co-Founder (for specific activities since 1994, see p. 48).

University of Tokyo (Japan) Co-Director of the Marunouchi Global Center (MCG) program, 2002; The First Hakuhodo Visiting Professorship, Spring 1992 and 1993.

Erasmus University (The Netherlands) The First Visiting Unilever-Erasmus Professorship, Spring 1993.

University of New South Wales (Australia) The First Visiting Hoover Foundation Professor, 1977.

University of California at Berkeley, School of Business Administration Visiting Professor, Fall 1975.

University of Tel Aviv, The Leon Recanati Graduate School of Business Administration, Visiting Senior Lecturer, September 1968-August 1969.

Stanford University, Graduate School of Business, Research Assistant, June 1965-October 1966.

The Hebrew University Jerusalem, Teaching Assistant in the Departments of Political Science and Business Administration, September 1961-June 1963.

# PUBLICATIONS

## I. BOOKS

1. Fung, Victor K., William K. Fung and Yoram (Jerry) Wind. *Competing in a Flat World: Building Enterprises for a Borderless World. Upper Saddle River: Wharton School Publishing, 2007. [Translated editions: Bahasa Indonesia; Chinese Simplified; Chinese Traditional; English (India); Italian; Korean; Polish; Portuguese; Spanish; Italian; and Bahasa Indonesian.]

2. Wind, Jerry, Colin Crook and Robert E. Gunther. *The Power of Impossible Thinking: Transform the Business of Your Life and the Life of Your Business. Upper Saddle River: Wharton School Publishing, 2004.
   Selected by Executive Book Summaries as one of the thirty best business books of 2004. [Translated editions: Arabic; Bahasa Indonesia; Bulgarian; Chinese (simplified and traditional); English (Singapore); Italian; Japanese; Korean; Polish; Portuguese; Russian; Serbian; Spanish; Thai; and Turkish.] Selected by Executive Book Summaries as one of the thirty best business books of 2004; finalist in *Fast Company* Reader's Choice Award for the October book of the month; among CEO READ top 25 books of August 2004. A paperback edition was published in 2006.

3. Wind, Jerry, Abba Krieger and Paul E. Green. Adventures in Conjoint Analysis: A Practitioner's Guide to Trade-Off Modeling and Applications. Philadelphia: The Wharton School, 2004 <http://marketing.wharton.upenn.edu/people/faculty/green/green_monograph.cfm>.

4. Wind, Yoram (Jerry), Vijay Mahajan and Robert Gunther. *Convergence Marketing: Strategies for Reaching the New Hybrid Consumer. Upper Saddle River: Prentice Hall, 2002.
   Selected by Executive Book Summaries as one of the thirty best business books of 2002. Translated editions: Chinese (simplified), Tsingua University Press; Chinese (traditional), Prentice Hall Taiwan; Bahasa (Indonesia); Spanish; Portuguese; Italian [*Consumatore Centauro:* Orvaro il Marketing Della Convergenza, ETAS LAB. IT. 2002]; Korean; and Japanese.

5. Fields, George, Hotaka Katahira, Jerry Wind and Robert E. Gunther. Leveraging Japan: Marketing to the New Asia. San Francisco: Jossey-Bass, 1999.

6. Wind, Yoram and Jeremy Main. *Driving Change: How the Best Companies are Preparing for the 21st Century. New York: The Free Press, 1997.
   Translated editions in U.K. by Kogan (Page Ltd.), 1998; China by Shanghai Jiao (Tong University Press), 1999; Hungary by Veres István (Geomeédia Szakkönyvek), 2000. Adaptation to local condition: Brazil by Luiz Felipe Monteiro Jr. (IBMEC Qualitymark Editoria), 2002.

7. Bauer, Roy A., Emilio Collar, Victor Tang, Jerry Wind and Patrick R. Houston. The Silverlake Project: Transformation at IBM. New York: Oxford University Press, 1992.
   Translated to Chinese, Huaxia Publishing, 2000.

8. Wind, Yoram. *Product Policy: Concepts, Methods and Strategies (Addison-Wesley Marketing Series). Reading: Addison-Wesley, 1982. Reviewed in the *Journal of Marketing,* Summer 1981.

9. Wind, Yoram. *Marketing and Product Planning (in Spanish). Mexico: Expansion, 1979.
   This book is based in part on sections from *Product Policy* which was selected by the editors of Expansion as the "Book of the Year" 1979.

10. Wind, Yoram, Paul E. Green and Douglas Carroll. Multi-Attribute Decisions in Marketing: A Measurement Approach. Hinsdale: The Dryden Press, 1973.

11. Webster, Frederick E. and Yoram Wind. Organizational Buying Behavior (Foundations of Marketing). Englewood Cliffs: Prentice Hall, 1972.
    Translated to Portuguese (Editor, Atlas, Sao Paulo, Brazil, 1975). Reviewed JMR, August 1974.

12. Wind, Yoram, Ronald E. Frank and William F. Massy. Market Segmentation (International Series in Management). Englewood Cliffs: Prentice Hall, 1972. Reviewed JMR, November 1972; August 1974.

13. Wind, Yoram, Homer Dalby and Irwin Gross. <u>Advertising Measurement and Decision Making</u>. Boston: Allyn & Bacon, 1968.

14. Robinson, Patrick J. and Yoram Wind. <u>Industrial Buying and Creative Marketing</u>. Boston: Allyn & Bacon, 1967.
Contributed two chapters; co-authored with Patrick J. Robinson three chapters; and participated in the overall organization and preparation of the book.

15. Yoram Wind. <u>Industrial Buying Behavior: Source Loyalty in the Purchase of Industrial Components</u>. Unpublished Ph.D. dissertation, Stanford University, 1966.

## II. EDITED BOOKS

1. Wind, Yoram and Paul Kleindorfer, ed. <u>The Network Challenge: Strategy, Profit and Risk in an Interlinked World</u>. Upper Saddle River: Wharton School Publishing, forthcoming 2009.

2. Wind, Yoram (Jerry) and Paul E. Green, ed. <u>*Marketing Research and Modeling: Progress and Prospects</u>. Norwell: Kluwer Academic Publishers, 2004.

3. Wind, Jerry and Vijay Mahajan, ed. <u>Digital Marketing: Global Strategies from the World's Leading Experts</u>. New York: John Wiley & Sons, 2001.

4. Mahajan, Vijay, Eitan Muller and Yoram Wind, ed. <u>New-Product Diffusion Models</u>. Boston: Kluwer 2000.

5. Mahajan, Vijay and Yoram Wind, ed. <u>Innovation Diffusion Models of New Product Acceptance</u>. Cambridge: Ballinger Publishing Co., 1986.

6. Wind, Yoram, Vijay Mahajan and Richard N. Cardozo, ed. <u>New-Product Forecasting: Models and Applications</u>. Lexington: Lexington Books, 1981.

7. Wind, Yoram and Robert J. Thomas, ed. <u>Advances in Organizational Buying Research: The Case of Acquisition of Scientific and Technical Information</u>. Washington, D.C: National Science Foundation, 1979.

8. Wind, Yoram and Marshall Greenberg, ed. <u>Moving Ahead with Attitude Research: Proceedings of the Seventh Attitude Research Conference</u>. Chicago: American Marketing Association, 1977.

9. Nicosia, Francesco M. and Yoram Wind, ed. <u>Behavioral Models for Market Analysis: Foundations for Marketing Action</u>. Hinsdale, IL: The Dryden Press, 1977.

## III. ARTICLES, CONTRIBUTED CHAPTERS, PAPERS IN PROCEEDINGS, AND WORKING PAPERS

The papers are grouped by the following topics:

    A.  Portfolio analysis and strategy
    B.  Marketing and business strategy
    C.  Marketing and product strategy
    D.  Research on industrial buying behavior
    E.  Research on consumer behavior
    F.  Marketing research and modeling
    G.  International marketing
    H.  International management education and the Lauder Institute
    I.  Management practice and education in the 21st Century
    J.  Convergence Marketing
    K.  Mental Models – Power of Impossible Thinking
    L.  Network-Based Strategies
    M.  Entries in Dictionaries, Encyclopedias, and Handbooks

A number of papers can fit in more than one category. The division is, therefore, somewhat arbitrary and based primarily on the target audience of the paper.

## A. Portfolio Analysis and Strategy

1. Wind, Yoram. "Product Portfolio: A New Approach to the Product Mix Decision." Combined Proceedings. Ed. Ronald C. Curhan. Chicago: American Marketing Association, Aug. 1974. 460-464.

2.| Wind, Yoram, and Henry J. Claycamp. "Planning Product Line Strategy: A Matrix Approach." Journal of Marketing 40 (Jan. 1976): 2-9.

3. Wind, Yoram and Daniel Gross. "An Analytic Hierarchy Process for the Allocation of Resources Within a Target Product/Market/Distribution Portfolio." Proceedings of the First ORSA/TIMS Special Interest Conference on Market Measurement and Analysis. Eds. David B. Montgomery and Dick R. Wittink. Cambridge, MA: Marketing Science Institute, 1980. 278-297.

4.| Wind, Yoram, and Thomas L. Saaty. "Marketing Applications of the Analytic Hierarchy Process." Management Science 26.7 (July 1980): 641-658.

5.| Wind, Yoram, and Vijay Mahajan. "Designing Product and Business Portfolios." Harvard Business Review 59.1 (Jan. - Feb. 1981): 155-165. [B] Based on "Measurement Issues in Portfolio Analysis." Paper presented at the Second Market Measurement and Analysis Conference, Austin, TX, Mar. 1980. [C] Translated and reprinted in French as "Un portefeuille d'activités en sept étapes." Harvard La Revue des Responsables L'Expansion. 1981: 37-49.

6.| Wind, Yoram, and Susan Douglas. "International Portfolio Analysis and Strategy: The Challenge of the 80s." Journal of International Business Studies (Fall 1981): 69-82.

7. Mahajan, Vijay, Yoram Wind, and John W. Bradford. "Stochastic Dominance Rules for Product Portfolio Analysis." TIMS Studies in the Management Sciences 18 (1982): 161-183.

8.| Harshman, Richard A., Paul E. Green, Yoram Wind, and Margaret E. Lundy. "A Model for the Analysis of Asymmetric Data in Marketing Research." Marketing Science 1.2 (Spring 1982): 205-242.

9.| Wind, Yoram, Vijay Mahajan, and Donald J. Swire. "An Empirical Comparison of Standardized Portfolio Models." Journal of Marketing 47 (Spring 1983): 89-99. [B] Based on paper presented at the Conference on Analytical Approaches to Product and Marketing Planning, 1981.

10.| Cardozo, Richard N., and Jerry Wind. "Risk Return Approach to Product Portfolio Strategy." Long Range Planning 18.2 (1985): 77-85.

11. Mahajan, Vijay, and Jerry Wind. "Integrating Financial Portfolio Analysis with Product Portfolio Models." Strategic Marketing and Management. Eds. H. Thomas and D. Gardner. New York: John Wiley & Sons Ltd., 1985: 193-212.

12. Wind, Yoram, and Vijay Mahajan. "Corporate Growth Through Synergy: Concept, Measurement & Applications." Wharton School Working Paper, Aug. 1985.

13.| Mahajan, Vijay, and Yoram Wind. "Business Synergy Does Not Always Pay Off." Long Range Planning 21.1 (Feb. 1988): 59-65.

## B. Marketing and Business Strategy

1. Wind, Yoram. "A Research Program for a Marketing Guided Approach to Mergers and Acquisitions." 1979 Educators' Conference Proceedings. Eds. Neil Beckwith, et al. Chicago: American Marketing Association, 1979. 207-256.

2.    Wind, Yoram. "Marketing Oriented Strategic Planning Models." Marketing Decision Models. Eds. Randall L. Schultz and Andris A. Zoltners. New York: Elsevier, North Holland, Inc., 1981. 207-250.

3.    Wind, Yoram. "Marketing and the Other Business Functions." Research in Marketing Vol. 5 (1981): 237-264.

4.|    Wind, Yoram. "Marketing and Corporate Strategy." The Wharton Magazine (Summer 1982): 38-45. [B] Based on Wind, Yoram. "Marketing and Corporate Strategy: Problems and Perspectives." 13th Annual Albert Wesley Frey Lecture. University of Pittsburgh. 1981.

5.    Robertson, Thomas S., and Yoram Wind. "Marketing Strategy." The Strategic Management Handbook. Ed. Kenneth J. Albert. New York: McGraw-Hill, 1983. 11-3–11-22.

6.|    Wind, Yoram, and Thomas S. Robertson. "Marketing Strategy: New Directions for Theory and Research." Journal of Marketing 47 (Spring 1983): 12-25.

7.    Wind, Yoram (Jerry). "Marketing for Top Executives: Problems and Prospects," Wharton School Working Paper, 1985.

8.    Wind, Yoram. "Models for Marketing Planning and Decision Making." Handbook of Modern Marketing. 2nd ed. Ed. Victor P. Buell. New York: McGraw-Hill, Feb. 1986. 49-1–49-12.

9.    Wind, Jerry. "Effective Competitive Strategies: A Marketing Perspective." Address at the Securities Industry Association Regional Conference on Achieving Excellence in Management, Chicago, March 26, 1986: 62-80.

10.    Wind, Jerry. "Expanding the Role of the Board of Directors." Wharton School Working Paper, May 1986.

11.|    Wind, Y. "An Analytic Hierarchy Process Based Approach to the Design and Evaluation of a Marketing Driven Business and Corporate Strategy." Mathematical Modeling 9.3-5 (1987): 285-291.

12.|    Wind, Yoram. "Financial Services: Increasing Your Marketing Productivity and Profitability." The Journal of Services Marketing 1.2 (Fall 1987): 5-18.

13.    Dunn, Elizabeth F., and Jerry Wind. "Analytic Hierarchy Process for Generation and Evaluation of Marketing Mix Strategies." Contemporary Views on Marketing Practice. Eds. Gary L. Frazier and Jagdish N. Sheth. Lexington, MA: Lexington Books, Dec. 1987. 111-131.

14.    Wind, Jerry. "A Marketing Perspective for Competitive Strategy." Handbook of Business Strategy: 1988/1989 Yearbook. Ed. Harold E. Glass. Boston: Warren, Gorham & Lamont, 1988. 17-1–17-25. [B] Based on paper presented at the International Conference on Competitive Analysis, Groningen, Netherlands, Oct. 1986.

15.    Wind, Yoram (Jerry). "Targeting Global Markets: Guidelines to Meet the Marketing Challenge." Directions. Atlanta, GA: Contel Corporation, 1989. 20-23.

16.|    Day, Diana L., John U. Farley, and Jerry Wind. "New Perspectives on Strategy Research: A View from the Management Sciences." Management Science 36.10 (Oct. 1990).

17.    Wind, Yoram (Jerry). "Inducing Creativity and Innovation in Large Bureaucracies: Lessons from Marketing." Proceedings of the RGK Foundation 4th International Conference on Creative and Innovative Management. 1993.

18.    Rangaswamy, Arvind, and Jerry Wind. "Don't Walk In, Just Log In! Electronic Markets and What They Mean for Marketing." Wharton School Working Paper, Dec. 1994.

19.    Wind, Yoram (Jerry). "Growth Strategies." Wharton School Working Paper, 1996.

| = Article published in refereed journal                7

20. Wind, Jerry. "Preemptive Strategies." <u>Wharton on Dynamic Competitive Stratetgy</u>. Eds. George S. Day and David L. Reibstein. New York: John Wiley & Sons, Inc., 1997. 256-276.

21. Wind, Yoram (Jerry). "Segmentation: Accomplishments, Issues and Challenges of the Global Information Age." <u>Proceedings of the 14th Paul D. Converse Symposium</u>. Eds. James D. Hess and Kent B. Monroe. Chicago: American Marketing Association, 1998. 130-150.

22. Wind, Jerry. "Marketing Strategy in the Global Information Age." <u>Mastering Marketing</u>. Eds. Financial Times, in association with INSEAD, Kellogg, LBS, and Wharton. London: Pearson Education, 1999. 131-150.

23.| Wind, Jerry, and Vijay Mahajan. "The Challenge of Digital Marketing." <u>Digital Marketing</u>. Eds. Jerry Wind and Vijay Mahajan. New York: John Wiley & Sons, Inc., 2001. [B] Modified version published as Wind, Jerry, and Vijay Mahajan. "Digital Marketing." <u>European Business Forum</u> 1.1 (Spring 2000): 20-27.

24.| Wind, Jerry, and Arvind Rangaswamy. "Customerization: The Next Revolution in Mass Customization." <u>Journal of Interactive Marketing</u> 11.1 (Winter 2001): 13-32. [B] Reprinted as *Marketing Science Institute* working paper, 2000. [C] Summarized as "Customerization: Marketing Driven by the Consumer." <u>Insight from MSI</u> (2000). [D] Reprinted in <u>Pulses</u> (Oct. 2000) (publication of the Singapore Exchange).

25.| Wind, Yoram (Jerry). "The Challenge of 'Customerization' in Financial Services." <u>Communications of the ACM</u> 44.6 (June 2001): 39-44.

26. | Mahajan, Vijay, Raji Srinivasan, and Jerry Wind. "The Dot.com Retail Failures of 2000: Were There Any Winners?" <u>Journal of the Academy of Marketing Science</u> 30.4 (2002): 474-486.

27. Amit, Raffi, Cohen, Morris, Wunram, Jurgen, and Yoram Wind. "Winning the Digital Transformation Race." Wharton School Working Paper, Oct. 2002.

28.| Wind, Yoram (Jerry). "Marketing as an Engine of Business Growth: A Cross-Functional Perspective." <u>The Journal of Business Research</u> 58 (2005): 863-873.

29. Wind, Yoram (Jerry). "Capitalism 3.0: Commentaries" on Jed Emerson and Sheila Bonini, "Capitalism 3.0" in <u>VALUE</u> and www.valuenewsnetwork.com.

30.| West, Jr., Alfred P., and Yoram (Jerry) Wind. "Putting the Organization on Wheels: How SEI Uses Workplace Design and Art to Create a Corporate Culture that Drives Innovation and Growth." <u>California Management Review</u>. 49.2 (2007): 138-153.

31. Wind, Jerry and David Bell. "Market Segmentation." <u>The Marketing Book</u> (Sixth Edition). Butterworth Heinemann, Oct. 2007.

32.| Wind, Jerry, Louis Capozzi, and Monita Buchwald. "Beyond Stretch Objectives: Stretch the Thinking, Strategy and Organisational Design." <u>Strategic Innovators</u> (May-July 2008): 8-17.

33.| Wind, Yoram (Jerry). "A Plan to Invent the Marketing We Need *Today*," <u>MIT Sloan Management Review</u>, June 2008.  [B] Excerpted from the 2007 Buck Weaver Award paper "Rigor and Relevance: A Key Marketing Challenge," the full award paper is available online at <u>http://sloanreview.mit.edu</u>.

34.| Wind, Jerry. "Rethinking Marketing: Peter Drucker's Challenge," <u>Journal of the Academy of Marketing Science</u> 37 (2009): 28-34.

## C. Marketing and Product Strategy

1.| Knight, Kenneth E., and Yoram Wind. "Innovation in Marketing: An Organizational Behavior Perspective." <u>California Management Review</u> 11 (Fall 1968): 67-78.

2.| Wind, Yoram, Bent Stidsen, and Kenneth E. Knight. "Management and Change." <u>Manpower and Applied Psychology</u> 2.2 (Winter 1968): 38-46.

3.   Schutte, Thomas F., and Yoram Wind. "The Marketing Concept Revisited: A Decade Recap of Its Development and Meaning." Wharton School Working Paper, Jan. 1968.

4.| Wind, Yoram. "A Marketing Approach to the Salesman Function." <u>Organization and Administration</u> (Hebrew) 15 (Sept. 1969): 26-33.

5.| Wind, Yoram. "Innovation as Marketing Orientation." <u>Business Economics</u> (Hebrew) 36 (Dec. 1969): 5-11.

6.| Wind, Yoram. "The Step Children of Marketing: Organizational and International Customers." <u>The Wharton Quarterly</u> 7 (Fall 1972): 43-46.

7.   Wind, Yoram. "A Note on the Operationalization of the Product Life Cycle Concept." Wharton School Working Paper, Jan. 1975.

8.   Cacchione, Jr., Frank J., Dan Gross, and Yoram Wind. "Consumer Attitudes as Guidelines for the Evaluation of a New Distribution System." <u>Moving Ahead With Attitude Research</u>. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 139-143.

9.   Wind, Yoram, and Tyzoon Tyebjee. "On the Use of Attitude Research in Product Policy." <u>Moving Ahead With Attitude Research</u>. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 147-156.

10.  Wind, Yoram. "The Perception of a Firm's Competitive Position." <u>Behavioral Models for Market Analysis: Foundations for Marketing Action</u>. Eds. Francesco M. Nicosia and Yoram Wind. Hinsdale, IL: The Dryden Press, 1977. 163-181.

11.| Wind, Jerry. "Toward a Change in the Focus of Marketing Analysis: From a Single Brand to an Assortment." <u>Journal of Marketing</u> 41.4 (Oct. 1977): 12+143.

12.  Wind, Yoram, and Peter T. FitzRoy. "On the Multidimensionality of Market Share." Wharton School Working Paper, Apr. 1979.

13.  Wind, Yoram. "Product-Marketing Planning Models: Concepts, Techniques, and Needed Development." <u>Analytic Approaches to Product and Marketing Planning</u>. Ed. Allan D. Shocker. Cambridge, MA: Marketing Science Institute, 1979. 39-66.

14.| Wind, Yoram. "Going to Market: New Twists for Some Old Tricks." <u>The Wharton Magazine</u> 4 (Spring 1980): 34-39. [B] Based on Wind, Yoram. "Product Positioning and Market Segmentation Marketing and Corporate Perspectives." Wharton School Working Paper, 1979.

15.| Wind, Yoram, and Vijay Mahajan. "Market Share: Concepts, Findings, and Directions for Future Research." <u>Review of Marketing 1981</u>. Eds. Ben M. Enis and Kenneth J. Roering. Chicago: American Marketing Association, 1981. 31-42.

16.  Wind, Jerry. "The Contribution of Research to Product Management and New Product Development." Keynote Address at the 36th ESOMAR Congress, Barcelona, Spain, Aug. 1983.

17.| Wind, Yoram. "Significant Issues for the Future: Some Additional Perspectives - The Required Breakthrough." <u>Journal of Product Innovation Management</u> 2 (1984):129-132.

18.  Wind, Jerry. "The Marketing Challenge." Charles Coolidge Parlin Award Acceptance Speech. Philadelphia, 1985. [B] Wharton School Working Paper, 1985. [C] Excerpts appeared in <u>The Marketing News</u> Aug. 1985.

| = Article published in refereed journal                                    9

19.| Wind, Jerry, and Vijay Mahajan. "Marketing Hype: A New Perspective for New Product Research and Introduction." <u>Journal of Product Innovation Management</u> 4 (1987): 43-39.

20.| Wind, Yoram, and Vijay Mahajan. "New Product Development Process: A Perspective for Reexamination." <u>Journal of Product Innovation Management</u> 5 (1988): 304-310. [B] <u>IEEE Engineering Management Review</u> 18.1(March 1990): 52-58.

21.  Wind, Yoram J., and Douglas E. Hill. "Salespeople as Marketing Strategists." Wharton School Working Paper, Aug. 1988.

22.  Wind, Yoram (Jerry). "Innovative Distribution: The Neglected Dimension in Business Strategy," Wharton School Working Paper, August 1988.

23.  Wind, Yoram J. "Positioning Analysis and Strategy." <u>The Interface of Marketing and Strategy</u>. Eds. George Day, Barton Weitz and Robin Wensley. Greenwich, CT: JAI Press, Pct. 1990. 387-412.

24.| Wind, Jerry. "Getting a Read on Market-Defined 'Value'" <u>Journal of Pricing Management</u> 1.1 (Winter 1990): 5-14.

25.  Wind, Yoram. "A New Approach to the Determination and Allocation of the R&D Budget." Wharton Working Paper, Feb. 1990.

27.  Lee, HoonYoung, Jerry Wind, and Raymond R. Burke. "A New Approach for Screening New Product and Service Concepts: Application to Financial Services." Wharton School Working Paper, August 1992.

28.  Katahira, Hotaka, Makoto Mizuno, and Yoram Wind. "New Product Success in the Japanese Consumer Goods Market." Wharton School Working Paper, Apr. 1994.

29.| Bass, Frank M., and Jerry Wind. "Introduction to the Special Issue: Empirical Generalizations in Marketing." <u>Marketing Science</u> 14.3.2 (1995): G1-G5.

30.  Wind, Yoram. "Creativity and Innovation: The Management Edge." The First Annual Zoltan Wind Lecture, Herzliya, Israel, May 1996. IDC's Zoltan Wind Lecture Series.

31.| Wind, Jerry, and Vijay Mahajan. "Issues and Opportunities in New Product Development: An Introduction to the Special Issue." <u>Journal of Marketing Research</u> 34 (Feb. 1997): 1-12.

32.  Wind, Yoram, Nifssen, Ed, and Berend Wierenga. "Innovation as a Determinant of Firms' Financial Performance: The View of the Financial Analyst." Wharton School Working Paper.

33.| Mahajan, Vijay, and Yoram (Jerry) Wind. "Got Emotional Product Positioning? There's More to Positioning Than Just Features and Benefits." <u>Marketing Management</u> 11.3 (May/June 2002): 36-41.

34.  Wind, Yoram (Jerry), and Abba Kreiger. "Beyond Product Substitution: The Impact of Satellite Radio on Sale of CDs and Music Downloads," Working Paper. 2008.

## D.  Research on Industrial Buying Behavior

1.  Wind, Yoram. "Integrating Attitude Measures in a Study of Industrial Buying Behavior." <u>Attitude Research on the Rocks</u>. Eds. Lee Adler and Irving Crespi. Chicago: American Marketing Association, 1968. 58-77.

2.| Wind, Yoram. "Applying the Behavioral Theory of the Firm to Industrial Buying Decisions." <u>The Economic and Business Bulletin</u> 20.3 (Spring 1968): 22-28.

3.    Wind, Yoram. "Mathematical Analysis of Perception and Preference for Industrial Marketing." <u>A New Measure of Responsibility for Marketing</u>. Eds. K. Cox and B. M. Enis. Chicago: American Marketing Association, June 1968. 284-294.

4.    Robinson, Patrick J., and Yoram Wind. "Generalized Simulation of the Industrial Buying Process." Marketing Science Institute Working Paper P-46-2, July 1968.

5.    Wind, Yoram, and Patrick J. Robinson. "Simulating the Industrial Buying Process." <u>Marketing and the New Science of Planning</u>. Ed. R. L. King. Chicago: American Marketing Association, Aug. 1968. 441-448.

6.|   Wind, Yoram, Paul E. Green, and Patrick J. Robinson. "The Determinants of Vendor Selection: The Evaluation Function Approach." <u>Journal of Purchasing</u> 4 (Aug. 1968): 29-41.

7.|   Robinson, Patrick J., and Yoram Wind. "Computer Simulation - Marketing Management Tool." <u>Computer Operations</u> 3 (Jan. - Feb. 1969): 42-27.

8.|   Wind, Yoram. "Industrial Source Loyalty." <u>Journal of Marketing Research</u> 7 (Nov. 1970): 450-457.

9.    Wind, Yoram. "A Reward-Balance Model of Buying Behavior in Organizations." <u>New Essays in Marketing Theory</u>. Ed. George Fisk. Boston: Allyn & Bacon, 1971. 206-217.

10.   Wind, Yoram and Richard Cardozo. "Industrial Marketing Research." Paper presented at the AMA Workshop on Industrial Buying Behavior, Berkeley, CA, Apr. 1971.

11.|  Wind, Yoram, and Frederick E. Webster, Jr. "On the Study of Industrial Buying Behavior: Current Practices and Future Trends." <u>Industrial Marketing Management</u> 4 (1972): 411-416.

12.|  Webster, Jr., Frederick E., and Yoram Wind. "A General Model for Understanding Organizational Buying Behavior." <u>Journal of Marketing</u> 36 (Apr. 1972): 12-19. [B] Reprinted in <u>Marketing Management</u> 4.4 (Winter/Spring 1996) 52-57.

13.|  Wind, Yoram, and Frederick E. Websiter, Jr. "Industrial Buying as Organizational Behavior: A Guideline for Research Strategy." <u>Journal of Purchasing</u> 8.3 (Aug. 1972): 5-16.

14.   Wind, Yoram, and Elmer Lotshaw. "The Industrial Customer." <u>Marketing Manager's Handbook</u>. Ed. Steuart Henderson Britt. Chicago: The Dartnell Corporation, 1973. 781-792.

15.   Wind, Yoram. "Recent Approaches to the Study of Organizational Buying Behavior." <u>Increasing Marketing Productivity</u>. Ed. T. V. Greer. Chicago: American Marketing Association, Apr. 1973. 203-206.

16.   Wind, Yoram, and Stephen E. Silver. "Segmenting Media Buyers." <u>Journal of Advertising Research</u> 13.6 (Dec. 1973): 33-38.

17.|  Wind, Yoram, and Richard Cardozo. "Industrial Market Segmentation." <u>Industrial Marketing Management</u> 3 (1974): 153-166. [B] Reprinted as Wind, Yoram, and Richard Cardozo. "La Segmentation des Marchés Industriels." <u>Encyclopedie du Marketing: Volume I</u>. Ed. Christian Pinson. Paris: Editions Techniques, June 1977. 1-10.

18.|  Nicosia, Francesco M., and Yoram Wind. "Emerging Models of Organizational Buying Processes." <u>Industrial Marketing Management</u> 6 (1977): 353-369. [B] Also appeared in Eds. Francesco Nicosia and Yoram Wind. <u>Behavioral Models of Market Analysis: Foundations for Marketing Action</u>. Hinsdale, IL: The Dryden Press, 1977. 96-120. [C] Translated and reprinted in Italian as "Modelli emergenti di acquisto nelle organizzazioni." <u>Sviluppo & Organizzazione</u>. Nov.-Dec. 1978: 51-70.

| = Article published in refereed journal

19.    Wind, Yoram. "Information Requirements on Buying and Usage of STI Services." <u>Current Research on Scientific and Technical Information Transfer</u>. New York: J. Norton Publishers, 1977.

20.    Wind, Yoram. "Organizational Buying Center: A Research Agenda." <u>Organizational Buying Behavior</u>. Eds. Thomas V. Bonoma and Gerald Zaltman. Chicago: American Marketing Association, 1978. 67-76.

21.|    Wind, Yoram. "Organizational Buying Behavior." <u>Annual Review of Marketing</u>. Eds. Gerald Zaltman and Thomas Bonoma. Chicago: American Marketing Association, 1978. 160-193.

22.|    Wind, Yoram. "The Boundaries of Buying Decision Centers." <u>Journal of Purchasing and Materials Management</u> 14 (Summer 1978): 23-29.

23.|    Wind, Yoram, John F. Grashof, and Joel D. Goldhar. "Market-Based Guidelines for Design of Industrial Products." <u>Journal of Marketing</u> 24 (July 1978): 27-37.

24.    Wind, Yoram, and Robert Thomas. "Problems and Prospects in the Segmentation of the STI Market." <u>Marketing Scientific and Technical Information</u>. Eds. William R. King and Gerald Zaltman. Boulder, CO: Westview Press, 1979. 67-76.

25.    Wind, Yoram. "Industrial Market Segmentation Under Conditions of Intra-Organizational Heterogeneity." <u>Advances in Organizational Buying Behavior</u>. Eds. Yoram Wind and Robert Thomas. Washington, D.C.: National Science Foundation, 1979.

26.|    Wind, Yoram, and Robert J. Thomas. "Conceptual and Methodological Issues in Organisational Buying Behaviour." <u>European Journal of Marketing</u> 14.5/6 (1980): 239-263.

27.|    Robertson, Thomas S., and Yoram Wind. "Organizational Psychographics and Innovativeness." <u>Journal of Consumer Research</u> 7 (June 1980): 24-31.

28.    Grashof, John F., and Yoram Wind. "Marketing Research in the Design of STI Systems: A Case Study." <u>Information Services: Economics, Management, and Technology</u>. Eds. Robert M. Mason and John E. Creps, Jr. Boulder, CO: Westview Press, 1981. 73-84.

29.|    Wind, Yoram, and Thomas S. Robertson. "The Linking Pin Role in Organizational Buying Centers." <u>Journal of Business Research</u> 10.2 (1981): 169-184.

30.    Thomas, Robert J., and Yoram Wind. "Toward Empirical Generalizations on Industrial Market Segmentation." <u>Issues in Industrial Marketing: A View to the Future</u>. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1982. 1-19.

31.|    Robertson, Thomas S., and Yoram Wind. "Organizational Cosmopolitanism and Innovativeness." <u>Academy of Management Journal</u> 26.2 (June 1983): 332-338.

32.|    Richardson, Douglas K., Steven G. Gabbe, and Yoram Wind. "Decision Analysis of High-Risk Patient Referral." <u>Obstetrics & Gynecology</u> 63.4 (Apr. 1984): 496-501.

33.    Thomas, Robert J., and Yoram Wind. "The Changing Industrial Market: Implications for Research." <u>A Strategic Approach to Business Marketing</u>. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1985. 67-78.

34.    Wind, Yoram, and Robert J. Thomas. "Strategy-Driven Industrial Marketing Research." <u>Annual Review of Marketing</u>. Ed. V. Zeithaml. Chicago: American Marketing Association, 1991. 411-454.

35.    Wind, Yoram, and Robert J. Thomas. "Segmenting Industrial Markets." <u>Advances in Business Marketing and Purchasing</u>. Ed. Arch G. Woodside. Greenwich, CT: JAI Press, 1994. 59-82.

| = Article published in refereed journal

36.   Wind, Yoram, and Robert J. Thomas. "The BuyGrid Model: 30 Years Later." Wharton School Working Paper, 1998.

37. |   Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" Rotman Magazine, Spring 2008 Pages 62-68. [B]| Excerpted from Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" Journal of Business and Industrial Marketing, 21.7 (2007): 474-481.

## E.  Research on Consumer Behavior

1.   Wind, Yoram. "Incongruency of Socioeconomic Variables and Buying Behavior." Marketing Involvement in Society and the Economy. Ed. P. R. McDonald. Chicago: American Marketing Association, Aug. 1969. 362-367.

2.|   Wind, Yoram, and Ronald E. Frank. "Interproduct Household Loyalty to Brands." Journal of Marketing Research 6 (Nov. 1969): 435-435.

3.|   Wind, Yoram. "Models of Customer Behavior." Organization and Administration (Hebrew) 16 (May 1970) 3-13.

4.   Wind, Yoram (Jerry). "The Application of Multidimensional Scaling in Segmentation Research." Paper presented at the First Annual Meeting of the Association for Consumer Research, Amherst, MA, Aug. 1970.

5.   Green, Paul E., and Yoram Wind. "Prediction Experiments Utilizing Perceptual and Preference Judgments." Paper presented at the Second Annual Meeting of the American Institute for Decision Sciences, Dallas, TX, Nov. 1970.

6.   Douglas, Susan P., and Yoram Wind. "Intentions to Buy as Predictors of Buying Behavior." Proceedings of the Second Annual Conference of the Association for Consumer Research. Ed. David M. Gardner. Maryland: Association for Consumer Research, 1971. 331-343.

7.   Wind, Jerry. "Life Style Analysis: A New Approach." Marketing in Motion. Ed. Fred C. Allvin. Chicago: American Marketing Association, Apr. 1971. 302-305.

8.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Consumer Menu Preference: An Application of Additive Conjoint Measurement." Proceedings of the Third Annual Conference of the Association for Consumer Research. Ed. M. Venkatesan. Chicago: Association for Consumer Research, 1972. 304-315.

9.|   Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Analysis." Journal of Advertising Research 12.2 (Apr. 1972): 31-36.

10.|   Green, Paul E., Frank J. Carmone, and Yoram Wind. "Subjective Evaluation Models and Conjoint Measurement." Behavioral Science 17.3 (May 1972): 288-299.

11.|   Green, Paul E., Yoram Wind, and Arun K. Jain. "A Note on Measurement of Social-Psychological Belief Systems." Journal of Marketing Research 9 (May 1972): 204-208.

12.   Green, Paul E., and Yoram Wind. "Experiments in the Multidimensional Psychophysics of Taste and Semantic Descriptions." Research Design Competition of the American Psychological Association, Division 23, July 1972.

13.   Wind, Yoram. "On the Teaching of Consumer Behavior: A Managerial Approach." Paper presented at the American Marketing Association Conference, Houston, TX, Aug. 1972.

14.|   Green, Paul E., Yoram Wind, and Arun K. Jain. "Preference Measurement of Item Collections." Journal of Marketing Research 9 (Nov. 1972): 371-377.

| = Article published in refereed journal

15.   Green, Paul E., Frank J. Carmone, and Yoram Wind. "Consumer Evaluation of Discount Cards." Journal of Retailing 49.1 (Spring 1973): 10-22.

16.|  Green, Paul E., Yoram Wind, and Arun K. Jain. "Analyzing Free-Response Data in Marketing Research." Journal of Marketing Research 10 (Feb. 1973): 45-52.

17.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Congruence." Paper presented at the Southeast AIDS Conference, 1974.

18.   Wind, Jerry, and Paul Green. "Some Conceptual, Measurement, and Analytical Problems in Life Style Research." Life Style and Psychographics. Ed. William D. Wells. Chicago: American Marketing Association, 1974. 97-126.

19.   Green, Paul E., and Yoram Wind. "Recent Approaches to the Modeling of Individuals' Subjective Evaluations." Attitude Research Bridges the Atlantic. Ed. Philip Levine. Chicago: American Marketing Association, 1975. 123-153.

20.|  Green, Paul E., Yoram Wind, and Henry J. Claycamp. "Brand-Features Congruence Mapping." Journal of Marketing Research 12 (Aug. 1975): 306-313.

21.   Wind, Yoram. "Multiperson Influence and Usage Occasions as Determinants of Brand Choice." Paper presented at the American Marketing Association Conference, Rochester, NY, Aug. 1975.

22.   Wind, Yoram, and Terry C. Gleason. "Alternative Approaches to Data Collection for Attitude Measurement." Paper presented at the American Psychological Association Convention, Los Angeles, CA, Sept. 1975.

23.|  Villani, Kathryn E. A., and Yoram Wind. "On the Usage of 'Modified' Personality Trait Measures in Consumer Research." Journal of Consumer Research 2 (Dec. 1975): 223-228.

24.   Wind, Yoram, and Michael DeVita. "On the Relationship Between Knowledge and Preference." Marketing: 1776-1976 and Beyond. Ed. Kenneth L. Bernhardt. Chicago: American Marketing Association, 1976. 153-157.

25.|  Wind, Yoram. "Preference of Relevant Others and Individual Choice Models." Journal of Consumer Marketing 3 (June 1976): 50-57.

26.   Wind, Yoram. "A 1975 Retrospective View of Bourne's 1957 'Group Influence in Marketing'." Classics in Consumer Behavior. Ed. Louis E. Boone. Tulsa, OK: The Petroleum Publishing Company, 1977. 225-235.

27.   Wind, Yoram. "Brand Loyalty and Vulnerability." Consumer and Industrial Buying Behavior. Eds. Arch G. Woodside, Jagdish N. Sheth, and Peter D. Bennett. New York: Elsevier, North Holland, Inc., 1977. 313-319.

28.   Wind, Yoram. "Reflections on Creativity and Relevance of Consumer Research." Contemporary Marketing Thought. Eds. B. A. Greenberg and D. A. Bellenger. Chicago: American Marketing Association, 1977. 55-58.

29.   Wind, Yoram. "Brand Choice." Selected Aspects of Consumer Behavior: A Summary from the Perspective of Different Disciplines. Ed. Robert Ferber. Washington, D.C.: U.S. Government Printing Office, 1977. 235-258.

30.   Wind, Yoram. "On the Interface Between Organizational and Consumer Buying Behavior." Advances in Consumer Research. Eds. Kent Hunt and Ann Abor. 1978. 657-662.

31.|  Douglas, Susan P., and Yoram Wind. "Examining Family Role and Authority Patterns: Two Methodological Issues." Journal of Marriage and the Family 40.1 (Feb. 1978): 35-47.

32. Nicosia, Francesco M., and Yoram Wind. "Sociology of Consumption and Trade-Off Models in Consumer Public Policy." Research for Consumer Policy. Eds. William Michael Denney and Robert T. Lund. Cambridge, MA: Center for Policy Alternatives, Massachusetts Institute of Technology, 24 Mar. 1978. 141-184.

33.| Wind, Yoram, Joseph Denny, and Arthur Cunningham. "A Comparison of Three Brand Evaluation Procedures." Public Opinion Quarterly 43 (Summer 1979): 261-270.

34.| Wind, Yoram, and David Lerner. "On the Measurement of Purchase Data: Surveys Versus Purchase Diaries." Journal of Marketing Research 16 (Feb. 1979): 39-47.

35.| Wind, Yoram (Jerry), and Peter Shubs. "A Note on the Relationship Between Perceived Problems, Severity, and Frequency of Occurrence." Journal of the Professional Marketing Research Society 1.2 (Oct. 1981): 19-22 [B] and "On the Generalizability and Theoretical Implications of Empirical Findings: A Reply to Comments "A Note on the Relationships Between Perceived Problem Severity and Frequency of Occurrence," with Peter Shubs, Journal of Professional Marketing Research, 1982.

36. Wind, Yoram, and Susan P. Douglas. "Comparative Consumer Research: The Next Frontier?" Comparative Marketing Systems. Ed. Erdener Kaynak. Bradford, England: MCB Publications, 1982. 24-35.

37. Fraser, Cynthia, and Yoram Wind. "Physical and Social Psychological Anxiety as Correlates of Purchase Behavior." Wharton School Working Paper, Aug. 1982.

38. Deighton, John, Franco M. Nicosia, and Yoram Wind. "Exploration Into the Time-Money Tradeoff: Concepts and an Application." Strategic Planning: A Thing of the Past or a Necessity for the Future – Can Research Contribute? San Francisco: American Marketing Association, Apr. 1983. 51-65. [B] Based in part on "A Time-Money Tradeoff (TMI) Model of Consumer Behavior." Paper presented at the American Psychological Association Conference, Toronto, Aug. 1978.

39.| Wind, Jerry, Paul E. Green, Douglas Shifflet, and Marsha Scarbrough. "Courtyard by Marriott: Designing a Hotel Facility with Consumer-Based Marketing Models." Interfaces 19.1 (Jan. - Feb. 1989): 25-47.

40. Wind, Jerry, Vithala R. Rao, and Paul E. Green. "Behavioral Methods." Handbook of Consumer Theory and Research. Eds. Thomas Robertson and Hal Kassarjian. Englewood Cliffs, NJ: Prentice Hall, 1991. 507-532.

41. Schmittlein, David C., and Jerry Wind. "Inferring Causality in Consumer Perception Studies in Litigation Contexts." Advances in Claim Substantiation. New York: Council of Better Business Bureaus, Inc., April 30, 1991. 161-170.

42.| Gönül, Füsun F., Franklin Carter, and Jerry Wind. "What Kind of Patients and Physicians Value Direct-to-Consumer Advertising of Prescription Drugs." Health Care Management Science 3 (2000): 215-226.

## F. Marketing Research and Modeling

1. Goodman, Charles S., and Yoram Wind. "The Use of Interactive Marketing Models as Framework for Research." Wharton School Working Paper, May 1968.

2. Wind, Yoram, and Patrick J. Robinson. "Some Applications of Mathematical Analysis of Perception and Preference in Advertising." Marketing Science Institute Working Paper P-45-1, May 1968.

3. Wind, Yoram, and Susan P. Douglas. "Marketing Performance: A Conceptual Framework." Marketing Science Institute Working Paper P-51-1, June 1968.

4.| Wind, Yoram. "Organizing a Diffusion System for Managerial Information in Israel: A Proposal." Organization and Administration (Hebrew) 15 (Sept. 1969): 1-3.

5.| Wind, Yoram, Susan P. Douglas, and Aaron Ascoli. "Experimentation as a Tool for the Retailer." Journal of the Market Research Society 13.3 (July 1971): 158-169.

6.  Wind, Yoram, and Patrick J. Robinson. "Product Positioning: An Application of Multidimensional Scaling." Attitude Research in Transition. Ed. Russell I. Haley. Chicago: American Marketing Association, 1972. 155-175.

7.  Wind, Yoram and Francesco M. Nicosia. "On the Measurement of Quality of Life." Paper presented at the TIMS Conference, July 1972.

8.| Wind, Yoram, Paul E. Green, and Arun K. Jain. "Higher Order Factor Analysis in the Classification of Psychographic Variables." Journal of the Market Research Society 15.4 (1973): 224-232.

9.| Wind, Yoram. "A New Procedure for Concept Evaluation." Journal of Marketing 37 (Oct. 1973): 2-11. [B] Translated and reprinted in French as "Une nouvelle procedure d'évaluation des idées de nouveaux produits." La Revue française du Marketing. 1974: 1-12.

10. Wind, Yoram. "A Note on the Classification and Evaluation of New Product Forecasting Models." Paper presented at the American Marketing Association Conference, Apr. 1974.

11.| Wind, Yoram, and Joseph Denny. "Multivariate Analysis of Variance in Research on the Effectiveness of TV Commercials." Journal of Marketing Research 11 (May 1974): 136-142.

12. Wind, Yoram, Stuart Jolly, and Art O'Connor. "Concept Testing as Input to Strategic Market Simulations." Proceedings of the 58th International AMA Conference. Ed. E. Mazzie. American Marketing Association, Apr. 1975. 120-124.

13. Wind, Yoram. "Is 'Concept Testing: An Appropriate Approach' Really Appropriate?" Wharton School Working Paper, May 1975.

14.| Green, Paul E., and Yoram Wind. "New Way to Measure Consumers' Judgments." Harvard Business Review 53 (July - Aug. 1975): 107-117.

15.| Wind, Yoram, and Lawrence K. Spitz. "Analytical Approach to Marketing Decisions in Health-Care Organizations." Operations Research 24.5 (Sept. - Oct. 1976): 973-990.

16. Wind, Yoram (Jerry). "New Developments in Conjoint Analysis." Paper presented at the 25th Annual Midwest Conference of the American Statistical Association on What's New in Statistical Techniques for Marketing Research, Mar. 1978.

17. Wind, Yoram, and Daniel Gross. "Determination of the Size and Allocation of Marketing Research Budgets." Proceedings of the August 1978 AMA Conference. Ed. Subhash C. Jain. American Marketing Association, Aug. 1978. 57-61.

18.| Wind, Yoram. "Issues and Advances in Segmentation Research." Journal of Marketing Research 15 (Aug. 1978): 317-337.

19. Wind, Yoram. "Marketing Research and Management: A Retrospective View of the Contributions of Paul E. Green." Diffusing Marketing Theory and Research: The Contributions of Bauer, Green, Kotler, and Levitt. Eds. Alan R. Andreasen and David M. Gardner. Chicago: American Marketing Assocation, 1979. 57-67.

20. Wind, Yoram, and John G. Myers. "A Note on the Selection of Attributes for Conjoint Analysis." Wharton School Working Paper, Aug. 1979.

21.| Batsell, Richard R., and Yoram Wind. "Product Testing: Current Methods and Needed Developments." Journal of the Market Research Society 22.2 (Apr. 1980): 115-139.

22. Wind, Yoram. "Implications of Increased Government Regulations for the Quality and Relevance of Marketing Research." Government Marketing: Theory and Practice. Eds. Michael P. Mokwa and Steven E. Permut. New York: Praeger Publishers, 1981. 264-269.

23.| Arabie, Phipps, J. Douglas Carroll, Wayne DeSarbo, and Jerry Wind. "Overlapping Clustering: A New Method for Product Positioning." Journal of Marketing Research 18 (Aug. 1981): 310-317.

24. Wind, Yoram, and Vijay Mahajan. "A Reexamination of New Product Forecasting Models." Proceedings of the August 1981 AMA Educator's Conference. Aug. 1981. 358-363.

25.| Wind, Yoram, Thomas S. Robertson, and Cynthia Fraser. "Industrial Product Diffusion by Market Segment." Industrial Marketing Management 11 (1982): 1-8.

26. Mahajan, Vijay, Jerry Wind, and Subhash Sharma. "An Approach to Repeat-Purchase Diffusion Analysis." 1983 AMA Educators' Proceedings. Eds. P. E. Murphy, O. C. Ferrell, G. R. Laczniak, R. F. Lusch, P. F. Anderson, T. A. Shimp, R. W. Belk, and C. B. Weinberg., American Marketing Association, 1983. 442-446.

27. Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "Diffusion of New Products in Heterogeneous Populations: Incorporating Stochastic Coefficients." Wharton School Working Paper, June 1983.

28.| Goldberg, Stephen M., Paul E. Green, and Yoram Wind. "Conjoint Analysis of Price Premiums for Hotel Amenities." Journal of Business 57.1.2 (1984): S111-S132.

29.| Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Parameter Estimation in Marketing Models in the Presence of Influential Response Data: Robust Regression and Applications." Journal of Marketing Research 21 (Aug. 1984): 268-277.

30.| Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Assessing the Impact of Patent Infringement on New Product Sales." Technological Forecasting and Social Change 28 (1985): 13-27.

31. Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "New Products Diffusion Models with Stochastic Parameters." Wharton School Working Paper, Feb. 1985.

32. Mahajan, Vijay, and Yoram Wind. "Innovation Diffusion Models of New Product Acceptance: A Reexamination." Innovation Diffusion Models of New Product Acceptance. Eds. Vijay Mahajan and Yoram Wind. Cambridge, MA: Ballinger Publishing Company, 1986. 2-25.

33. Fraser, Cynthia, and Yoram Wind. "Why and When to Use Tobit Analysis." Wharton School Working Paper, May 1986.

34.| Tapiero, Charles S., Jehoshua Eliashberg, and Yoram Wind. "Risk Behaviour and Optimum Advertising with a Stochastic Dynamic Sales Response." Optimal Control Applications & Methods 8 (1987): 299-304.

35.| DeSarbo, Wayne S., Vithala R. Rao, Joel H. Steckel, Jerry Wind, and Richard Colombo. "A Friction Model for Describing and Forecasting Price Changes." Marketing Science 6.4 (Fall 1987): 299-319.

36. Schmittlein, David C., Vijay Mahajan, and Yoram Wind. "The Role of Within Group Variance in the Design and Analysis of Market Tests." Wharton School Working Paper, Sept. 1987.

37.| Mahajan, Vijay, and Yoram Wind. "New Product Forecasting Models: Directions for Research and Implementation." International Journal of Forecasting 4 (1988): 341-358.

| = Article published in refereed journal

38.| Rao, Vithala R., Jerry Wind, and Wayne S. DeSarbo. "A Customized Market Response Model: Development, Estimation, and Empirical Testing." Journal of the Academy of Marketing Science 16.1 (Spring 1988) 128-140.

39.  Wind, Yoram (Jerry). "Market Application of the Analytic Hierarchy Process." Wharton School Working Paper, 1989.

40.| Mahajan, Vijay, and Jerry Wind. "Market Discontinuities and Strategic Planning: A Research Agenda." Technological Forecasting and Social Change 36 (1989): 185-199.

41.| Rangaswamy, Arvind, Jehoshua Eliashberg, Raymond R. Burke, and Jerry Wind. "Developing Marketing Expert Systems: An Application to International Negotiations." Journal of Marketing 53.4 (Oct. 1989): 24-39.

42.| Burke, Raymond R., Arvind Rangaswamy, Jerry Wind, and Jehoshua Eliashberg. "A Knowledge-Based System for Advertising Design." Marketing Science 9.3 (Summer 1990): 212-229. [B] Earlier version published as "Expert Systems for Marketing." Marketing Science Institute Report 87-107, Nov. 1987.

43.  Schmittlein, David C., and Jerry Wind. "Combining Multiple Estimates: An Application to Damage Assessment Litigation." Wharton School Working Paper, 1991.

44.| Mahajan, Vijay, and Jerry Wind. "New Product Models: Practice, Shortcomings and Desired Improvements." Journal of Product Innovation Management 9 (1992): 128-139.

45.  Lee, Hoon Young, Burke, Raymond R., and Yoram Wind. "An Analogical Reasoning System for Managerial Learning and Problem Solving." Wharton School Working Paper, 1992.

46.  Wind, Yoram (Jerry), David C. Schmittlein, and Shoshana Shapiro. "Attribute Interdependencies in Product Performance Claims: Truth and Consequences." Product Performance Tests: Design, Interpretation, and Claims. Proceedings of the NAD Workshop IV., New York: Council of Better Business Bureaus, Inc., 2-3 June 1992. 99-107.

47.  Wind, Jerry Yoram. "Marketing Science at a Crossroad." Inaugural Presentation of the Unilever Visiting Professorship. Rotterdam, The Netherlands: Erasmus University, 1993.

48.  Arabie, Phipps, and Yoram Wind. "Marketing and Social Networks." Advances in Social Networks Analysis. Eds. S. Wasserman and J. Galaskiewicz. London: Sage Publications, 1994. 254-273.

49.| Wind, Jerry. "Start Your Engines: Gear Up for Challenges Ahead with Innovative Marketing Research Products and Services." Marketing Research 9.4 (Winter 1997): 4-11.

50.| Mahajan, Vijay, and Jerry Wind. "Rx for Marketing Research: A Diagnosis of and Prescriptions for the Recovery of an Ailing Discipline in the Business World." Marketing Research 11.3 (Fall 1999): 7-13.

51.  Mahajan, Vijay, Eitan Muller, and Yoram Wind. "New Product Diffusion Models: From Theory to Practice." New-Product Diffusion Models. Eds. Vijay Mahajan, Eitan Muller, and Yoram Wind. Boston: Kluwer Academic Publishers, 2000. 3-24.

52.| Green, Paul E., Yoram (Jerry) Wind, Abba M. Krieger, and Paul Saatsoglou. "Applying Qualitative Data." Marketing Research 12.1 (Spring 2000): 17-25.

53.| Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Thirty Years of Conjoint Analysis: Reflection and Prospects." Interfaces 31.3.2 (May - June 2001): S56-S73.

| = Article published in refereed journal

54.| Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Marketing Research in the Courtroom: A Case Study Shows How Analytical Methods Can Be Applied to the Law." Marketing Research 14.1 (Spring 2002): 28-33.

55. Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Survey Methods Help to Clear Up Legal Questions." Marketing News 16 Sept. 2002: 34-36.

56. Green, Paul E., Wind, Yoram, and Abba Krieger. "Buyer Choice Simulators, Optimizers, and Dynamic Models." Marketing Research and Modeling: Progress and Prospects. Eds. Yoram Wind and Paul E. Green. Kluwer, 2003.

57.| Krieger, Abba M., Paul E. Green, and Yoram (Jerry) Wind. "Dual Considerations." Marketing Research 15.4 (Winter 2003): 8-13.

58.| Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Applying Conjoint Analysis to Legal Disputes: A Case Study." Wharton School Working Paper, 2006.

59.| DeSarbo, Wayne S., Rajdeep Grewal, and Jerry Wind. "Who Competes with Whom? A Demand-Based Perspective for Identifying and Representing Asymmetric Competition." Strategic Management Journal 27.2 (Feb 2006): 101-129. [B] And Wiley InterScience, 21 November 2005. www.interscience.wiley.com

60.| Wind, Jerry. "Marketing by Experiment," Marketing Research. Spring 2007: 10-16.

## G. International Marketing

1.| Wind, Yoram. "The Role of Marketing in Israel." Journal of Marketing 31 (Apr. 1967): 53-57.

2. Wind, Yoram. "Information Requirements for International Business Decisions." Prepared for and used in the introductory International Business course at The Wharton School, University of Pennsylvania, June 1967.

3.| Wind, Yoram. "Cross Cultural Analysis of Consumer Behavior." Changing Marketing Systems: Consumer, Corporate and Government Interfaces. Ed. Reed Moyer. Chicago: American Marketing Association, Winter 1967: 183-185. [B] Reprinted in Wharton Quarterly 2 (Winter-Spring 1968): 1-3.

4. Wind, Yoram. "Marketing in Israel." Comparative Marketing. Ed. Harper W. Boyd, Jr. Stanford, CA: International Center for the Advancement of Education, Stanford University, Jan. 1968.

5. Wind, Yoram and Patrick J. Robinson. "Perceptual and Preference Mapping of Countries: An Application of Multidimensional Scaling." Paper presented at the Annual Meeting of the Association for Education in International Business, Dec. 1970.

6.| Wind, Yoram, and Susan Douglas. "On the Meaning of Comparison: A Methodology for Cross-Cultural Studies." Quarterly Journal of Management Development 2.4.1 (June 1971): 105-121.

7.| Wind, Yoram, and Susan P. Douglas. "International Market Segmentation." European Journal of Marketing 6.1 (1972): 17-25.

8. Douglas, Susan, Patrick Le Maire, and Yoram Wind. "Selection of Global Target Markets: A Decision Theoretic Approach." Marketing in a Changing World: The Role of Market Research. Ed. Proceedings of the 24th ESOMAR Congress. Cannes, France: ESOMAR Congress, Sept. 1972. PAGES.

9.| Wind, Yoram, Susan P. Douglas, and Howard V. Perlmutter. "Guidelines for Developing International Marketing Strategies." Journal of Marketing 37 (Apr. 1973): 14-23.

10.| Douglas, Susan P., and Yoram Wind. "Environmental Factors and Marketing Practices." <u>European Journal of Marketing</u> 7.3 (Winter 1973/1974): 155-165.

11.| Wind, Yoram, and Susan Douglas. "Some Issues in International Consumer Research." <u>European Journal of Marketing</u> 8.3 (Winter 1974/1975): 209-217.

12. Robinson, Patrick J., and Yoram Wind. "Multinational Tradeoff Segmentation." <u>Moving Ahead with Attitude Research</u>. Eds. Yoram Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 50-57.

13. Wind, Yoram. "Research for Multinational Product Policy." <u>Multinational Product Management</u>. Eds. Warren J. Keegan and Charles S. Mayer. Chicago: American Marketing Association, 1977. 165-184.

14.| Wind, Yoram, and Howard Perlmutter. "On the Identification of Frontier Issues in Multinational Marketing." <u>Columbia Journal of World Business</u> 12 (Winter 1977): 131-139.

15. Wind, Yoram, and Susan Douglas. "Comparative Methodology and Marketing Theory." <u>Theoretical Developments in Marketing</u>. Eds. Charles W. Lamb and Patrick M. Dunne. Chicago: American Marketing Association, 1980. [B] Based on Wind, Yoram, and Susan P. Douglas. "A Theory and a Metatheory of Comparative Marketing Systems." Marketing Science Institute Working Paper P-15-1, Sept. 1968.

16. Wind, Jerry and Josh Eliashberg. "Marketing Perspectives on International Risk Analysis and Risk Preference Measurement: Concepts, Methods, and Research Directions." Wharton School Working Paper, 1983.

17. Chakrabarti, Alok K., and Jerry Wind. "International Technology: Implications for Global Competitive and Cooperative Strategies." Wharton School Working Paper, 1986.

18. Wind, Yoram and Susan Douglas. "Toward the Development of a Global Marketing Strategy: A Dynamic Portfolio Perspective." Wharton School Working Paper, 1987.

19.| Douglas, Susan P., and Yoram Wind. "The Myth of Globalization." <u>Columbia Journal of World Business</u> 22.4 (Winter 1987): 19-29. [B] Earlier version published as Wind, Yoram. "The Myth of Globalization." <u>The Journal of Consumer Marketing</u> 3.2 (Spring 1986): 23-26.

20.| Wind, Yoram. "Old-Line Manufacturing Needs Better Marketing." <u>Chief Executive</u> 44 (Mar./Apr. 1988): 44-48.

21.| Mahajan, Vijay, Marcos V. Partini De Moraes, and Jerry Wind. "The Invisible Global Market." <u>Marketing Management</u> 9.4 (Winter 2000): 30-35.

22.| Mahajan, Vijay, and Yoram (Jerry) Wind. "Capturing the Ricochet Economy." <u>Harvard Business Review</u>. Nov. 2006.

## H. International Management Education and The Lauder Institute

1.| Wind, Jerry. "Global Management: Penn's Response." Address to Board of Trustees of the University of Pennsylvania, Philadelphia, PA, Oct. 1983. [B] Reprinted as Wind, Jerry. "Global Management: Penn's Response." <u>Wharton Alumni Magazine</u> (Winter 1984): 32-35.

2.| Wind, Jerry. "Coffee, Closets and Funeral Flowers." <u>Wharton News</u> (1984): 1-3.

3. Gaudiani, Claire L., and Jerry Wind. "Educating for International Management: The Joseph H. Lauder Institute." <u>Foreign Languages and International Trade: A Global Perspective</u>. Ed. Samia I. Spencer. Athens: University of Georgia Press, 1987. 31-38.

4.  Wind, Jerry. "International Business Education at the Lauder Institute." Occasional Papers On International Educational Exchange: Hallmarks of Successful International Business Programs. Eds. Maryélise Lamet and Sterling Lamet. New York: Council on International Educational Exchange, Aug. 1988.

5.  Wind, Jerry, and Barbara S. Thomas. "The Globalization of Management Education: Options, Trade Offs, and an Agenda for Implementation." AACSB Occasional Papers. Montreal: American Assembly of Collegiate Schools of Business, 1989.

I.  **Management Practice and Education in the 21st Century**

1.  Wind, Jerry. "Marketing in the Year 2000." Marketing 2000 and Beyond. Eds. William Lazer, Priscilla La Barbera, James M. MacLachlan, and Allen E. Smith. Chicago: American Marketing Association, 1990. 212-216.

2.  Wind, Jerry. "The Restructured Wharton MBA: Inventing a New Paradigm." University of Pennsylvania Almanac 37 (2 Apr. 1991): 1-4.

3.|  Wind, Jerry, and Alfred P. West, Jr. "Reinventing the Corporation." Chief Executive 71 (Oct. 1991): 72-75.

4.|  Wind, Jerry. "The Next Paradigm?" Chief Executive 77 (June 1992): 62-65.

5.  Wind, Jerry. "JIT Learning: A New Concept for Executive Education." Wharton School Working Paper, June 1993.

6.  Wind, Jerry, Robert Holland, Alfred P. West, Jr., and Robert Gunther. "Pace-Setting 21st Century Enterprises: A Glimpse of What Might Emerge." Prepared for Seventh General Assembly and Exhibition of the World Future Society, 29 June 1993.

7.  Wind, Jerry. "Downsizing and Layoffs: Miracle Cure or Prescription for Disaster." (8 Feb. 1994).

8.  Wind, Jerry. "Marketing: Big Questions for the 21st Century." Financial Times. 1996. 6-7.

9.  Main, Jeremy and Jerry Yoram Wind. "A Cynic's Glossary." Across the Board. 35.4. April 1998: 12.

10. Wind, Jerry. "Driving Change: Preparing for the 21st Century." The Li & Fung Lecture, University of Hong Kong, 17 Apr. 1998.

11. Wind, Jerry. "Creating a Successful 21st Century Enterprise." Li & Fung Lecture on Commerce & Industry. Chinese University of Hong Kong, 17 Apr. 1998.

12. Wind, Jerry and Pedro Nueno. "The Impact Imperative: A Manifesto for Closing the Relevance Gap of Academic Management Research." International Academy of Management North America Meeting, 25 July 1998.

13. Wind, Jerry. "Reinventing the Business School for the Global Information Age." Keynote address at European Foundation for Management Development Conference of Deans and Directors, Helsinki, Finland, Jan. 2000.

14. Wind, Jerry, and Dave Reibstein. "Reinventing Training for the Global information Age." Knowledge@Wharton. Sept. 2000.

15.|  Wind, Yoram (Jerry). "The Integrative Thinking Challenge for Management Education and Research." Rotman Magazine Fall 2002: 18-19. [B] Reprinted in A New Way to Think: The Best of Rotman Magazine. Winter 2005.

| = Article published in refereed journal

16.  Wind, Jerry. "Balancing Innovation and Conservative Values: Management as an Experimental Process." <u>Conservative Values and Effective Management</u>. Eds. Peter Drucker and Peter Paschel. Frankfurt: Redline Wirtshaft, 2004.

## J. Convergence Marketing

1.  Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Power of Convergence in the Post-Dot.com Age." *Bn.com*, 2001.

2.| Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Convergence Challenge: Realizing the Complex Promise of New Technologies." <u>InformIT.</u> (2001).

3.| Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Power of Convergence: The 5 Cs." <u>InformIT</u>. (2001).

4.| Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "Digital Fabric: Organizing for Convergence." <u>InformIT</u>. (Jan. 2002).

5.| Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Consumer is King." <u>European Business Forum</u> 9 (Spring 2002): 12-13.

6.| Wind, Yoram, and Vijay Mahajan. "Convergence Marketing." <u>Journal of Interactive Marketing</u> 16.2 (Spring 2002): 64-79.

7.  Wind, (Jerry) Yoram. "Convergence Marketing: Meeting the Challenge of the New Hybrid Consumer." <u>Critical Eye Review</u> (Mar. - May 2005): 16-20.

## K. Mental Models – Power of Impossible Thinking

1.  Wind, Yoram (Jerry). "Leadership as Making Sense," Wharton School Working Paper, 2003.

2.  Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." <u>Financial Times Handbook of Management</u> 3rd Ed. Ed. Stuart Crainer and Des Dearlove. FT Prentice Hall, 2004. 327-335.

3.| Wind, Yoram (Jerry), and Colin Crook. "Using the Power of Impossible Thinking to Build Prosperity." <u>Rotman Magazine</u> Spring/Summer 2004: 28-31.

4.  Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." <u>Does Marketing Need Reform? Fresh Perspectives on the Future</u>. Eds. Jagdish N. Sheth and Rajendra S. Sisodia. Armonk, NY: M. E. Sharpe, 2005. 91-104.

5.  Wind, Yoram and Colin Crook. "Expanding Your Peripheral Vision by Embracing New Mental Models." Wharton School Working Paper, 2005.

6.  Wind, Yoram (Jerry). "The Silver Lining: Seeing Opportunities in Risk." Presented at the Conference in Honor of Paul Kleindorfer on Recent Advances in Operations and Risk Management, Philadelphia, 5 May 2005.

7.| Wind, Yoram. "Rethinking the Board." <u>Directors & Boards</u> 30.1 (Fourth Quarter 2005): 20-26.

8.  Wind, Jerry, and Colin Crook. "Changing Mental Models in an Uncontrollable World." Part of the <u>FT Mastering Uncertainty</u> Issue, March 17, 2006.

9.| Wind, Yoram. "Managing Creativity." <u>Rotman Magazine</u> Spring/Summer 2006: 20-23.

10. Wind, Jerry. "The Power of Impossible Thinking," <u>Knowledge Leadership at Thomas Group (KL@TG).</u> Inaugural Issue. Winter 2006: 76-80.

11.    Wind, Yoram. "Unleashing the Power of Impossible Thinking." <u>Leadership Excellence</u> 2008.

12. |    Wind, Jerry and Colin Crook. "From Mental Models to Transformation: Overcoming Inhibitors to Change." <u>Rotman Magazine</u>, Spring/Summer 2009: 28-33.

**L.  Network-Based Strategies**

1. |    Wind, Yoram. "Network Orchestration for a Flat World: Preparing for a Future of "Defining Moments" at Li & Fung," <u>Effective Executive</u>, February 2008: 14-18.

2. |    Wind, Yoram and Paul Kleindorfer, "The Network Imperative," introductory chapter in Kleindorfer and Wind (eds), <u>The Network Challenge: Strategy, Profit and Risk in an Interlinked World</u>. Wharton School Publishing 2009.

3.    Wind, Yoram, Victor Fung and William Fung, "Network Orchestration: Creating and Managing Global Supply Chains Without Owning Them," a chapter in Kleindorfer and Wind (eds), <u>The Network Challenge: Strategy, Profit and Risk in an Interlinked World</u>. Wharton School Publishing 2009.

**M.  Entries in Dictionaries, Encyclopedias, and Handbooks**

1. |    Green, Paul E., and Yoram Wind. "Marketing, Statistics in." <u>Encyclopedia of Statistical Sciences</u>. Eds. S. Kotz, N. Johnson, and Campbell Read. New York: Wiley, 1985. 227-248.

2. |    Wind, Jerry, and David Schmittlein. "Definitions of Marketing Models." <u>Dictionary of Marketing Terms</u>. Ed. Peter D. Bennett. Chicago: American Marketing Association, 1988. 1-30.

3. |    Rangaswamy, Arvind, and Yoram Wind. "Information Technology in Marketing." <u>Encyclopedia of Microcomputers</u>. Eds. A. Kent and J. G. Williams. New York: Marcel Dekker Inc., 1992. 67-83.

4. |    Wind, Yoram (Jerry), and Gary L. Lilien. "Marketing Strategy Models." <u>Handbooks in Operations Research & Management Science, Vol. 5: Marketing</u>. Eds. J. Eliashberg and G. L. Lilien. Amsterdam; NY: Elsevier Science Publishers, 1993. 773-826.

5. |    Eliashberg, Jehoshua, Gary L. Lilien, and Yoram (Jerry) Wind. "Marketing." <u>Encyclopedia of Operations Research/Management Science</u>. Eds. Saul Gass and Carl Harris. Boston: Kluwer Publishers, 1994. 1-15. [B] Revised 1998.

6. |    Wind, Yoram (Jerry). "Market Segmentation." <u>Companion Encyclopedia of Marketing</u>. Ed. Michael J. Baker. New York: Routledge, 1995. 394-419. [B] Reprinted in <u>Marketing Theory: A Short Text</u>. Ed. M. Baker. London: Business Press, a Division of Thompson Learning, 2000. 394-419.

7. |    Green, Paul E., Jerry Wind, and Vithala R. Rao. "Conjoint Analysis: Methods and Applications." <u>The Technology Management Handbook</u>. Ed. Richard C. Dorf. Boca Raton, FL: CRC Press, 1999. 12-66–12-72.

8. |    Wind, Jerry. "Creating a Vision." <u>The Technology Management Handbook</u>. CRCnet Base, 2000.

9. |    Wind, Yoram (Jerry). "The Ten Commandments of Marketing." <u>MBA in a Box</u>. Eds. Joel Kurtzman, Glenn Rifkin, and Victoria Griffith. New York: Crown Business, 2004. [B] Previously "Marketing Strategy." Wharton School Working Paper, 2003.

10.    Wind, Yoram. "Marketing Strategy Analysis," The Handbook of Technology Management, Ed. Hossein Bidgoli, Hoboken, N.J.: John Wiley & Sons, Inc., Forthcoming 2009.

| = Article published in refereed journal            23

## IV. EDITOR OF SPECIAL ISSUES

- *Journal of Marketing Research*
  - "Market Segmentation," August 1978.
  - "Innovation and New Products," February 1997.
- *Marketing Research* – "Marketing Research Forum: The State of the Art in Quantitative Research," Winter 1997.
- *Marketing Science* – "Empirical Generalizations in Marketing" (with Frank M. Bass), Vol. 14, No. 3, Part 2, 1995.
- *Management Science* (with John Farley and Diana L. Day) – "The State of The Art in Theory and Methods for Strategy Research," 1990.
- *The Wharton Quarterly*, "Marketing," Fall 1972.

## V. EDITORIALS

| | | |
|---|---|---|
| *Journal of Consumer Research* | June 1977: | "New Directions for *JCR*" |
| *Marketing News* | July 1978: | "New Directions for *JM*" |
| *Journal of Marketing* | Winter 1979: | "The *Journal of Marketing* at a Crossroad" |
| | Spring 1979: | "Repositioning the *Journal*" |
| | Summer 1979: | "Bridging the Gap Between Practitioners and Academicians" |
| | Fall 1979: | "On the Status of Marketing Theory" |
| | Winter 1980: | "Marketing in the 80's" |
| | Spring 1980: | "Strategic Planning and Marketing: Time for a Constructive Partnership," with George Day |
| | Summer 1980: | "International Marketing: The Neglect Continuous," with John Farley |
| | Fall 1980: | "Industrial Marketing: The Sleeping Giant," with Frederick Webster |
| | Winter 1981: | "Journals and the Development of a Discipline" |
| | Spring 1981: | "Research and Management" |
| | Summer 1981: | "A Positive Perspective on Marketing" |
| | Fall 1981: | "Reflections" |
| *The Lauder Quarterly* | All editorials from initiation in 1986 to July 1988. | |

## VI. ILLUSTRATIVE RECENT OP ED AND COMMENTARIES

- Orchestra needs to change tune in contract negotiations: Settling the score must rest on the idea of working toward a collective goal, *Philadelphia Inquirer*, Commentary, November 4, 2004.
- The Wisdom of the Flip Flop, *Wharton School Publishing Newsletter*, November 2004.
- Rethinking our mental models for elections, *Newsletter of the Wharton Fellows*, November 2004.
- "Reverse mentoring can solidify collaboration among functional groups, but it cannot be the only tool that enforces such teamwork or the sole catalyst for change." Commentator on HBR "Too Old to Learn?" Case Study. *Harvard Business Review*. November-December 2000.
- "E-Learning Crossfire," *Information Week*, February 26, 2001.
- "Capitalism 3.0: Commentaries" on Jed Emerson and Sheila Bonini, "Capitalism 3.0" in *VALUE* and www.valuenewsnetwork.com, February/March 2006.

## VII. EDITED PUBLICATIONS OF THE SEI CENTER – ILLUSTRATIVE LIST

- Creating and Implementing a Corporate Vision, January 1990.
- Human Resources: Management for the 21st Century, January 1990.

- The Impact of Artificial Intelligence on Management Decision Making and Organizational Design, February 1990.
- Creating and Implementing Quality in Organizations, March 1990.
- Corporate Governance: Who's in Charge?, May 1990.
- Strategic Information Architecture: Increasing Productivity, Managing Risks, June 1993.
- Management in the 21st Century: Predictions From Top Think Tanks, September 1990.
- The Individually Empowered Organization, November 1990.
- Innovation and New Product Development for the 21st Century Enterprise, November 1990.
- Ethical Standards for Global Corporations? December 1990.
- Managing Infrastructure Costs; What is the Best Strategy for Long-Term Controls? February 1991.
- Lessons from the Malcolm Baldrige Award: Implications for Management Practice, Research, and Education, February 1991.
- Innovation in Services, May 1991.
- Visionary Leadership, October 1991.
- The Impact of Information Networking on Organizational Design and Strategy, November 1991.
- Frontiers in Electronic Commerce: Experimental Systems for Communication, Coordination, and Negotiation, February 1992.
- Innovation and Learning, March 1992.
- Historical Perspectives in Management Education, April 1992.
- Decision Making in Highly Uncertain Political Environments: Investing in the Russian Oil and Gas Industry, March 1992.
- Issues and Advances in New Product Development, June 1992.
- Rewarding the Workforce of the Future: Competence-Based Performance Measures and Incentives, October 1992.
- Designing Corporate Governance for the 21st Century Global Enterprise: International Perspectives, January 1993.
- Dr. Peter Drucker on "The New Organization," April 1993.
- Corporate Performances: Beyond Financial Measures, April 1993.
- The Horizontal Organization, October 1993.
- The End of Diversity: Rights, Responsibility and the Communication Agenda November 1993.
- Deploying Strategic Assets: Beyond Core Capabilities, November 1993.
- Research Challenges in Linking Quality: Profitability and Organizational Architecture, December 1993.
- Empirical Generalizations in Marketing, February 1994.
- Beyond Quality: Organizational Transformation for the 21st Century Enterprise, March 1994.
- Exploratory Conference on Business Ethics: Building the Common Ground, March 1994.
- Interactivity is Two-Way: Life on the Net April 1994.
- Interactive Industry 2000: Who's Gonna Buy this Stuff: Research for the Interactive Television Business, July 1994.
- Leadership in the 21st Century Enterprise, November 1994.
- A New Management Paradigm for the 21st Century, December 1994.
- The Virtual University, January 1995.
- Go West Young MBA, Far Far West: Adventures on the World's Business and Management Frontier, January 1995.
- Information Technology and the Changing Boundaries of the Firm, January 1995.
- EMU – The Road to Europe, February 1995.
- The New Science and Emerging Paradigms in Business, April 1995.
- Innovation in New Product Development: Best Practices in Research, Modeling and Applications, May 1995.
- The Bamboo Network, November 1995.
- Corporate Growth Engines, December 1995.
- A Trapezoidal Corporation, February 1996.
- The Impact of Computers and Information on Management: 1946-1996-2001, May 1996.
- European Venture Capital Industry, November 1996.
- The CEO Challenge: Implementing Strategy in a Constantly Changing Marketplace, December 1996.
- The Future of Impact of Information Management: A Lecture Series from July 1996-January 1997.
- New Media, February 1997.