- From Detection to Action: Processes and Insights Gained from an Early Warning Signal System, March 1997.
- Toward New Corporate Governance Models: Lessons from the Japanese and U.S. Experience, March 1997.
- When Is It Worthwhile Targeting the Majority Instead of the Innovators in a New Product Launch? November, 1997.
- Consumer Choice Behavior in On-line and Regular Stores: The Effects of Brand Name, Price, and Other Search Attributes, January 1998.
- The Systems Approach: The New Generation, February 1998.
- Managing Workteam Diversity, Conflict, and Productivity: A New Form of Organizing in the 21st Century Workspace, September 1998 (by Etty Jehn, The Diversity Research program with Bob Holland).
- GM for the 21st Century: From "Make and Sell" to "Sense and Respond," March 1999 (by Vince Barabba).
- The Limits of Privacy, March 1999 (by Amitai Etzioni).
- Japan at the Great Divide, April 1999 (by Yasuhisa Shiozaki).
- Into the 21st Century: The First Decade and Beyond: A Report on the SEI Center for Advanced Studies in Management, 1990-2000.

## VIII. EDITOR: WHARTON SCHOOL PUBLISHING BOOKS

### 2008
1. V. Kumar, *Managing Customers for Profit: Strategies to Increase Profits and Build Loyalty*
2. Stewart Black, Hal Gregersen, *It Starts with One: Changing Individuals Changes Organizations*
3. Russell E. Palmer, *Ultimate Leadership: Winning Execution Strategies for Your Situation*
4. J.C. Larreche, *The Momentum Effect: How to Ignite Exceptional Growth*
5. Yves Doz, Mikko Kosonen, *Fast Strategy: How strategic agility will help you stay ahead of the game*
6. Russell L. Ackoff, Daniel Greenberg, *Turning Learning Right Side Up: Putting Education Back on Track*
7. Bernard Lewis, Buntzie Ellis Churchill, *Islam: The Religion and the People*
8. Alexander B. van Putten, Ian C. MacMillan, *Unlocking Opportunities for Growth: How to Profit from Uncertainty While Limiting Your Risk*
9. Vijay Mahajan, *Africa Rising: How 900 Million African Consumers Offer More Than You Think*
10. Michael A. Roberto, *Know What You Don't Know: How Great Leaders Prevent Problems Before They Happen (Rough Cuts)*
11. Jon M. Huntsman, *Winners Never Cheat: Even in Difficult Times, New and Expanded Edition*

### 2007
1. Aswath Damodaran, *Strategic Risk Taking: A Framework for Risk Management*
2. Rajendra S. Sisodia, David B. Wolfe, Jagdish N. Sheth, *Firms of Endearment: How World-Class Companies Profit from Passion and Purpose*
3. Leonard M. Lodish, Howard L. Morgan, Shellya Archambeau, *Marketing That Works*
4. Howard Moskowitz, Alex Gofman, *Selling Blue Elephants: How to Make Great Products That People Want BEFORE The Even Know They Want Them*
5. Daniel M. Cable, *Change to Strange: Create a Great Organization by Building a Strange Workforce*
6. Jagdish N. Sheth, *The Self-Destructive Habits of Good Companies…And How to Break Them*
7. Bala Chakravarthy and Peter Lorange, *Profit or Growth,* September.
8. Victor K. Fung, William K. Fung, Jerry (Yoram) Wind, *Competing in a Flat World: Building Enterprises for a Borderless World*, September.
9. Barry Libert, Jon Spector, Don Tapscott, *We Are Smarter Than Me: How to Unleash the Power of Crowds in Your Business*, September.
10. Hamid Bouchikhi, John R. Kimberly, *Soul of the Corporation, The: How to Manage the Identity of Your Company*, September.
11. Hunter Hastings, Jeff Saperstein, *Improve Your Marketing to Grow Your Business: Insights and Innovation That Drive Business and Brand Growth*, October.

12. Satish Nambisan and Mohanbir Sawhney, *The Global Brain: Your Roadmap for Innovating Faster and Smarter in a Networked World*, October.
13. James F. Parker, *Do The Right Thing: How Dedicated Employees Create Loyal Customers and Large Profits*, November.
14. Ellen Ernst Kossek and Brenda A. Lautsch, *CEO of Me: Creating a Life that Works in the Flexible Job Age*, December

**2006**

1. Peter Navarro, *The Well Timed Strategy: Executing Strategy Through the Business Cycle for Competitive Advantage*
2. Stuart Lucas, *Wealth: Grow It, Protect It, Spend It and Share It* (Paperback, 2007)
3. Peter Killing, Thomas Malnight, and Tracey Keys, *Must-Win Battles: How to Win Them, Again and Again*
4. Neil Bender, Paul Farris, Philip Pfeifer, and Dave Reibstein, *50+ Marketing Metrics Every Business Executive Should Know*
5. Russell Ackoff, Herbert Addison, and Jason Magidson, *Idealized Design: How to Dissolve Tomorrow's Crisis…Today*
6. Lars Kolind, *The Second Cycle: 7 Proven Tools for Revitalizing Your Business…Before It's Too Late*
7. George Chacko, Anders Sjoman, Hideto Motohashi, and Vincent Dessain, *Credit Derivatives: Introduction to Credit Risk and Credit Instruments*
8. Jerry Porras, Stewart Emery, and Mark Thompson, *Success Built to Last: Creating a Life that Matters*
9. Philip Kotler and Nancy Lee, *Marketing in the Public Sector: A Roadmap for Improved Performance*

**2005**

1. Randall Billingsey, *Understanding Arbitrage: An Intuitive Approach to Financial Analysis*
2. Tony Davila, Marc Epstein, and Robert Shelton, *Making Innovation Work: How to Manage It, Measure It, and Profit from It*
3. Sunil Gupta and Donald Lehmann*, Managing Customers as Investments: The Strategic Value of Customers in the Long Run*
4. Stuart Hart, *Capitalism at the Crossroads: The Unlimited Business Opportunities in Solving the World's Most Difficult Problems* (2nd Edition, 2007)
5. Lawrence Hrebiniak*, Making Strategy Work: Leading Effective Execution and Change*
6. Jon Huntsman, *Winners Never Cheat: Everyday Values We Learned as Children (But May Have Forgotten)*
7. Eamonn Kelly, *Powerful Times:Rising to the Challenge of Our Uncertain World*
8. Doug Lennick and Fred Kiel, *Moral Intelligence: Enhancing Business Performance and Leadership Success* (Paperback, 2007)
9. V. J. Mahajan and Kamini Banga, The *86 Percent Solution: How to Succeed in the Biggest Market Opportunity for the Next 50 Years*
10. Alred Marcus, *Big Winners and Big Losers: The 4 Secrets of Long-Term Business Success and Failure*
11. Kenichi Ohmae, *The Next Global Stage: Challenges and Opportunities in Our Borderless World*
12. Michael Roberto, *Why Great Leaders Don't Take Yes for an Answer: Managing for Conflict and Consensus*
13. Arthur Rubinfeld and Collins Heminway, *Built for Growth: Expanding Your Business Around the Corner or Across the Globe*
14. David Sirota, Louis Mischkind, Michael Meltzer,*The Enthusiastic Employee: How Companies Profit by Giving Workers What They Want.*
15. Thomas Stallkamp, *SCORE!: A Better Way to Do Busine$$: Moving from Conflict to Collaboration*
16. Glen Urban, *Don't Just Relate – Advocate!: A Blueprint for Profit in the Era of Customer Power.*
17. Craig Vogel, Jonathan Cagan, and Peter Boatwright, *The Design of Things to Come: How Ordinary People Create Extraordinary Products.*

**2004**
1. Bernard Baumohl, *The Secrets of Economic Indicators: Hidden Clues to Future Economic Trends and Investment Opportunities* (2nd Edition, 2007)
2. Sayan Chatterjee, *Failsafe Strategies: Profit and Grow from Risks that Others Avoid*
3. Robert Mittelstaedt, *Will your Next Mistake Be Fatal? Avoiding the Chain of Mistakes that Can Destroy your Organization*
4. Mukul Pandya, Robbie Shell, Susan Warner, Sandeep Junnarkar, Jeffrey Brown (2004), *Nightly Business Report Presents Lasting Leadership: What You can Learn from the Top 25 Business People of our Time* (Paperback, 2006)
5. C.K. Prahalad, *The Fortune at the Bottom of the Pyramid* (Paperback, 2006)
6. Scott Shane, *Finding Fertile Ground*
7. Oded Shenkar, *The Chinese Century: The Rising Chinese Economy and Its Impact on the Global Economy, the Balance of Power, and your Job* (Paperback, 2006)
8. Jerry Wind and Colin Crook, *The Power of Impossible Thinking* (Paperback, 2006)

## IX. ILLUSTRATIVE PUBLISHED ABSTRACTS OF PAPERS DELIVERED IN PROFESSIONAL MEETINGS

- "Enduring Vs. Situation Dependent Customer Characteristics as Bases for Market Segmentation: An Evaluation," in David L. Sparks, (ed.), *Broadening the Concepts of Marketing.* Proceedings of the American Marketing Association, August 1970 Conference.
- "Preference of Relevant Others and Individual Choice Models," in W.L. Nichols, ed., *Proceedings of the 1974 AAPOR Conference and in Public Opinion Quarterly*, 38. Fall 1974, pp. 447.
- "Multivariate Decision-Making in the Setting of Pulmonary Outpatient Clinic," with Lawrence Spitz and Ronald Daniele. Paper presented at American College of Physicians, San Francisco, April 1975.
- "Diagnosis Consumer Behavior: A Quantitative Approach," in D. Rothwell, (ed.), *Proceedings of the 30th Annual AAPOR Conference* May 1975 and in *Public Opinion Quarterly*, 39. Fall 1975, pp. 415.
- "Segmentation and Positioning of Health Insurance Services Under Conditions of Heterogeneous Health Insurance Portfolios," in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 244.
- "Alternative Approaches to Industrial Market Segmentation," with Paul E. Green, in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 234.
- "Innovation and the R&D-Marketing Interface," with Joel Goldhar, in TIMS/ORSA Bulletin for the Atlanta Meeting, November 1977.
- "Measurement Issues in Portfolio Analysis," with Vijay Mahajan, in R.P. Leone, (ed.), *Proceedings of Market Measurement and Analysis*, TIMS, 1980, pp. 50-53.
- Aimagery Products: A Measurement Challenge," with Lew Pringle, in J. Keon, (ed.), *Market Measurement and Analysis*, TIMS/ORSA, 1981.
- "Standardized Portfolio Models: An Empirical Comparison of Business Classification," with Vijay Mahajan and Donald J. Swire in Allan D. Shocker and R. Srivastava, (eds.), *Proceedings of the 1981 Analytical Approaches to Product and Marketing Planning Conference.*

## X. CASE STUDIES

- During the academic year 1962-1963, I wrote a number of marketing cases at the Hebrew University, Jerusalem (Israel). One of these cases, The Ozi Ballpoint Pen III, was published in Harper W. Boyd, Jr. et al., (eds.), *Marketing Management: Cases from the Emerging Countries* (Reading, MA: Addison-Wesley Publishing Company), 1966.
- During the academic year 1968-1969, several marketing cases were written under my supervision at the Leon Recanati Graduate School of Business Administration, Tel Aviv University.

## XI. Books Under Development

1. Wind, Yoram, Joseph Plummer and Mark Morris. <u>The Future of Advertising…is Now</u>.

# CONSULTING EXPERIENCE

## A. Marketing, Business Strategy, and Marketing Research Consulting

### 1. *Information and Telecommunication Industry*

- AT&T & the Bell companies: Occasional consultant to various units, including:
  - AT&T Technologies Inc. – Design a market segmentation program (1986)
  - AT&T – Review and Design of Portfolio System (1981-1982)
  - Bell Atlantic – Marketing & pricing strategy (1983)
  - Bell Canada – Design of a segmentation study and product portfolio (1979-1980)
- Geometric Data: Segmentation/positioning studies (1981-1982)
- IBM:
  - ABS Division: Developing procedure for Integrating Marketing and R&D (1988-1989)
  - ES Division, Marketing Strategy and Segmentation (1991-1993)
- Motorola Broadband Sector: 1998-2004. Business Strategy consulting
- Next Level Communication: Business strategy consulting (2000)
- Newsweek, Inc.: Marketing consulting (1979-1980)
- Northern Telecom: Value Pricing and Business Strategy Consulting (1993-1995)
- RCA, Government Communications Systems: Design of a research program to assess the market response to new Electronic Mail System (1978-1979)
- Samsung, Management of Technological Innovation (2006)
- Telenet, Strategies for "Getting More with Less" (2006)
- Xerox: Marketing consulting to a design integration program (coordinated by Jay Doblin Associates) and design of a market segmentation project (1982-1983)

### 2. *Financial Services*

- SEI: Marketing, Business and Corporate Strategy consulting (1986-)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Chase Manhattan Bank: Process for evaluation of mergers and acquisitions and design of segmentation studies (1978-1979)
- CitiBank: Statistical consulting (1980); marketing strategy consulting (1996-1997)
- Colonial Penn Group: Design and evaluation of most of the firm's research activities and general consulting to marketing and top management (1973-1980)
- E. F. Hutton: Design and implementation of a marketing planning system and various marketing research projects (1979-1984)
- Edward Jones & Co.: Marketing and Business Strategy consulting (1984-2004)
- Reliance Insurance Companies: Marketing research consulting (1980-1981)

### 3. *Health Care*

- ConvaTec: Marketing Driven Business Strategy (2008)
- Bristol-Myers Squibb (BMS): Marketing strategy consulting (1997-2002)
- Merck, Sharp, and Dome: General marketing research consulting (1981)
- Merck & Co.: Marketing Strategy and Marketing Research and Modeling (1991-1996)
- Pfizer, Inc.: 1975-1990. Design and analysis of most of the marketing research projects of Pfizer Laboratories and Roerig. Occasional marketing strategy consultant to the Hospital Products Group (1984-1986) and Pfizer Pharmaceuticals (1987-1990).
- SmithKline Beckman: Marketing strategy development for TAGAMET (1987-1988); evaluation of strategy implementation (1989)
- SmithKline Clinical Laboratories: Marketing planning (1984)
- Sterling Drug, Inc.: Development of marketing driven portfolio of R&D projects (1986-1991); Pricing study for innovative new product (1991-1992)
- Upjohn: Strategic planning consulting (1981)
- West Jersey Health System: Marketing and Business Strategy (1985)

4. *Transportation*

- Air Canada: Market segmentation, positioning and new product development (1973)
- Chrysler: Modeling the advertising budget (1978), advising regarding the analysis of customer satisfaction process (1995-1997)
- Conrail: Design of a positioning/segmentation study (1978-1979)

5. *Consumer Goods*

- American Dairy Brands and Schreiber Foods, Inc.: Arbitration (2004)
- Campbell Soup: Advertising Strategy, 91-96, 2005-07; Taste Tests (2001-2003)
- Coors Brewing Company, Pricing and positioning (2001)
- DAYMON: Marketing Strategy (since 2003-05)
- Eastman Kodak: New product research approaches (1978)
- R.J. Reynolds Tobacco Co.: Evaluation and design of a new product development system (1979-1980)
- S.B. Thomas: Marketing and research consultant (1979-1980)
- Simplicity Patterns, Inc.: Develop a business plan (1982)
- Pepsi: Research support for the Pepsi Challenge and related campaigns (1978, 1981, 1990, 1995, 1999)

6. *Industrial Products and Services*

- International Harvester: Designing a market segmentation process (1980)
- Stauffer Chemicals: General marketing consulting (1980)
- Exxon Chemicals: Marketing and Business Strategy (1985-1986)
- John Fluke Manufacturing Co., Inc.): Marketing and corporate strategy (1985-1988)
- ITT Water Technology Group (2004-2005)

7. *Retailing*

- Sears Roebuck & Company: Advertising and marketing strategy (1972-1973)
- Wickes, plc: U.K. Marketing and Business Strategy Consulting (1988-1996)

8. *Professional Service Firms*

- Applied Communication Research (1974-1976)
- BBD&O (on an occasional basis, 1974-1985)
- Cunningham and Walsh, Inc. (1978)
- DMB&B (1993)
- Doyle Dane Bernbach: Evaluation of a campaign claim (1980)
- Gahagan Research Associates, Inc. (selected projects, 1972-1978)
- Hakuhodo. Marketing Strategy for the 21st Century (1992-1995)
- IMS America (1997)
- Market Research Corporation of America (MRCA) (1975-1987)
- McConnel Advertising (Montreal), (1974)
- Medicus (1989-1997)
- Morgan, Lewis & Bockius: Development of Business Strategy (1992-1994)
- MS&L: Marketing consulting (1995-1997; 2001-2002)
- National Analysts (1975-1976)
- Oxtoby-Smith (selected projects, 1972-1978)
- Price-Waterhouse Coopers LLP (marketing and corporate strategy consulting, 1996-2001).
- Professional Marketing Research, Inc. (1977-1978)
- Robinson Associates (1969-1975)
- Standard & Poors (1997-2000)
- Whittlesey and Partners (1972-1973)
- Y & R (1989)

*9. Trading Companies, Real Estate Development*

- Li & Fung: Business Strategy consulting (1998-)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Dewey Companies: Marketing and Business Strategy consulting (2003)

## B. Directorship

- IDT (2005-2008)
- Ecquaria (2001-04)
- Enhance Financial Services (1997 until acquisition by Radian Group, Inc. in 2001)
- Credit 2B (2001)
- CASA – Center for Adaptive Systems Applications Inc. (1999 Until acquisition by HNC in 2000)
- Access Technologies Group, co-founder and chairman (1992-1996)
- Contel Corporation, member of the Board of Directors (1988 Until acquisition by GTE in 1991)
- Dover Regional Bank Shares, member of Board of Trustees (1986-1990)
- Shooting Stars, Inc., member of the Board of Directors (1986-1990)
- Reality Technologies, Inc. (1988-until acquisition by SEI Investments in 1990)
- The Cortlandt Group, Inc., Co-founder and Chairman of the Board of Directors, (1979-1986)

## C. Illustrative Advisory Boards
- Arshiya (India) (2007-)
- Decision Lens (2005-)
- Mutual Arts (2003-)
- NetXentry (WebForPhone) (2000-)
- - - - - - - - - - - - - - - - - - - - -
- Ad4ever (2000-2003)

## D. Expert Witness: Marketing and Marketing Research Consulting in Legal Cases

- Alschuler, Grossman and Pines: Packard Bell vs. Compaq, 1995-1996
- Arent, Fox, Kitner, Plotkin & Kahn: Marketing research consulting re: Estee Lauder, 1987
- Arnold, Whiite and Dunkee: The Clorox Co. vs. Dow Brands Inc. re: Smart Scrub v. Soft Scrub, 1995
- Arnold & Porter:
  - (a) Schering v. Pfizer, Perceived sedation of Zyrtec, 2000
  - (b) Pfizer: Physicians' beliefs concerning prescription antihistamine products in terms of their sedating/non-sedating characteristics 2002
- Baker & McKenzie:
  - (a) G.D. Searle & Co. and subsidiaries litigation in the U.S. Tax Court, 1982
  - (b) American Republic Insurance Co. vs. Americare Inc. and American Dental Centers P.C., 1988
- Berle, Kass and Case: Evaluation of public attitude re: Burlington County Bridge Commission, 1992
- Bilzin Sumberg Attorneys at Law, Lennar Corporation vs. Michael C. Morgan, 2007
- Maurice Blackburn Cashman Commercial (Australia), Biota Holdings Limited vs. GlaxoSmithKline re. Relenza, 2007-2008.
- Blanchard, Krasner & French, Consulting Re. Aerus, 2006-2007
- The Calorie Control Council vs. FTC re: the Saccharin case, 1979
- Covington and Burling:
  - (a) The Proprietary Association vs. FTC re: over-the-counter (antacids) drugs, 1979
  - (b) FTC Staff Report on cigarette advertising investigation 1981-1983 including appearance before congressional committee in hearing on H. R. 1824: "The Comprehensive Smoking Prevention Education Act"
  - (c) International Telecharge Inc. vs. AT&T, 1992-1994
  - (d) Dream Team Collectibles vs. NBA Properties (re: Dream Team), 1996
  - (e) G. A. Modefine S.A. v. Armani.com, 2003-2004
  - (f) Defence in Class Action Re: IBM REAP Educational Benefit, 2006-
  - (g) Spirits Int Nv vs. S.S. Taris Zeytin Vezeytinyagi Birliei, Re: Moskovskaya, 2006-2008

- Cravath Swain and Moore:
  - (a) Amertech Corporation, *et. Al.* v. Lucent Technologies Corporation [Arbitration], 1997
  - (b) Louis Vuitton v. Dooney & Bourke, Inc., 2004
- Crude Oil Resellers vs. U.S. Department of Energy Economic Regulatory Administration re: the proposed crude oil reseller price regulations, 1979, including presentation at public hearing
- Darby and Darby. Proctor & Gamble vs. Colgate, Palmolive, and Y&R re: China advertising, 1997
- Davis Polk & Wardwell LLP, P&G and Sanofi-Aventis US vs. Hoffman-La Roche Inc and GlaxoSmithKline, Inc. Re. Boniva, 2007
- Dechert Price & Rhoads:
  - (a) The Mutual Assurance Co. vs. American Council of Life Insurance and Health Insurance Association of America (re: The Green Tree), 1983-1984
  - (b) INC vs. Manhattan, Inc., 1985
  - (c) Tunis Brothers Co. vs. Ford Motor Credit Co., 1988
  - (d) Allerest vs. Alleract, 1988-1990
  - (e) Campbell Soup Co. vs. Conagra, Inc. (Various deceptive advertising cases) 1991-1996
- Department of Justice, Antitrust Division: Consulting in a number of cases since 1996, including Microsoft Network, ski resorts, Echostar's proposed acquisition of DirecTV, and dental supplies
- Dilworth, Paxson, Kalish, Levy and Kauffman: Prince Castle vs. Le-Jo Enterprises, 1977-1978
- Forrest, Hainline III, American Pasta Co. vs. New World Pasta Co. (re: "America's favorite pasta), 2002
- Fulbright & Jahorski: Deere and Co. vs. MTD Holdings, 2003
- Gibson, Dunn, & Crutcher:
  - (a) Pfizer, Inc. vs. International Rectifier Corp., 1982-1983
  - (b) Thompson vs. General Nutrition Corp., 1985
  - (c) New Vector vs. Metro Mobile, 1986;1992
  - (d) Air Passenger CRS Antitrust Litigation vs. American Airlines, 1987-1990
  - (e) Quintons/Mahurkar vs. Shiley
  - (f) McCaffrey vs. Pfizer re: Plax, 1990
  - (g) The Travel Difference vs. The Time Mirror Co. (LA Times), 1992
  - (h) Toyota re: class action defense vs. Staples Stillwell on the "destination charge" on Monronery Stickers,1995-1996; 1999-
  - (i) Hewlett-Packard vs. Nu-Kote Int. Inc., Anti-trust, 1998-1999
  - (j) LA Cellular AT&T Wireless class action defense, 2002, 2004-
  - (k) Hewlett Packard defense vs. Staple Stilwell in class action suit re economy cartridge, 2003
- Gold, Farrel & Marks: Miramax Film Corp. vs. Columbia Pictures Entertainment, re: *I Know What You Did Last Summer* (1997)
- Goodwin Procter LLP:
  - (a) FTC vs. New Balance re: "made in USA", 1995-1996 [FTC Hearing] and consulting, 1998
  - (b) Public Media Center and People of the State of California vs. Tri-Union Seafoods, Delmonte Corp & Bumble Bee Seafoods. Re: Proposition 65 Mercury In Tuna, 2006
- Greenberg Traurig LLP: Chatham et al v. Sears Roebuk & Co. Re: Craftsman Made in USA, 2007-
- Hapgood, Calimafole, Kalil, Blaustein & Judlowe: Merrill Lynch vs. Paine Webber (re. RMA), 1985
- Heller, Ehrman, White, and McAuliffe: Apple Computer Securities Litigation, 1985-1986.
- Herling, Lindeman, Goldstein and Siegal: Roli Boli vs. Pizza Hut, 1994
- Hill, Betts, and Nash: Fender Musical Instruments Inc. vs. E.S.P. Co., 1985
- Howrey, Simon, Arnold & White:
  - (a) Sands, Taylor and Wood vs. The Quaker Oats Co. re: Thirst-Aid, 1987
  - (b) Syntex, Inc. vs. Schering-Plough Healthcare Products, Inc. re: Femcare, 1992
  - (c) Anheuser Busch (re Bud Dry commercials), 1993
  - (d) Anheuser Busch vs. Labbatt (re: Ice Beer), 1994-1995
  - (e) Anheuser Busch vs. Samuel Adams, 1995
  - (f) Anheuser Busch vs. United Guiness Distillers (re: Red Label from Budweiser), 2002
  - (g) Nissan North America vs. BMW (re: "Z"), 2002
  - (h) Consulting Re: Schering Plough, 2007

- IT&T Continental Baking vs. FTC re. Fresh Horizons advertising, 1977-1978
- Jenner & Block:
    - (a) General Dynamics vs. AT&T. re: Antitrust litigation, 1987-1990
    - (b) AT&T vs. MCI re: Telemarketing Practices 1990
    - (c) Recording Industry Association of America, Re: Adjustment of Rates & Terms for Satellite Digital Radio Services (Copyright Royalty Board), 2006-2008
- Kaye, Scholer, Fierman, Hays & Handler:
    - (a) Automated Bread Dist. Corp. vs. General Foods Corp. (Re: Freihofer Baking Co.), 1991-1992
    - (b) Zone Perfect Nutrition Co. vs. Hershey Foods Co., 2004
- Kenyon & Kenyon:
    - (a) Mead Data Control, Inc. vs. Toyota Motor Sales, U.S. re: Lexis vs. Lexus, 1988
    - (b) Hiram Walker and Sons vs. White Rock Distilleries re: Kapala-Kahlua
    - (c) America Online vs. AT&T Corp. re: ATT&T's "You Have Mail", 1999
    - (d) Twentieth Century Fox Film vs. Marvel Enterprises, Inc. (re: Mutant X), 2002
    - (e) Petition for Cancellation of the Registration of the Gakic Mark, 2006
- Kirkland and Ellis
    - (a) Kraft Foods Inc. and Capri Sun vs. Minute Maid, 1997
    - (b) Time Inc. vs. Peterson Publishing Co. re: Teen vs. Teen People, 1997-1998
    - (b) Brach and Brock vs. James River re: Royals candies, 1998-1999
    - (c) Hermes vs. Lederer, re: the Kelly Handbag, 1998-2001
- Kirkpatrick and Lockhart: McPalland et al v. Keystone Health Plan Central, Inc. (re: class certification of SeniorBlue Customers, 2001-2002
- Kleinfeld, Kaplan and Becker: re: Iron-Kids Bread Package, 1991
- Lee, Toomey, and Kent Pfizer Pharmaceuticals vs. the IRS, 1978-1979
- Lempres & Wulfsberg and Kutak, Rock, & Campbell: Evaluation of Expert Reports, re: International Pharmaceutical Products, Inc., 1985-1990
- Liddy, Sullivan, Galway, and Begler:
    - (a) Coopervision, Inc. vs. CTL, Inc. (re: Permatint), 1985
    - (b) Johnson & Johnson, Inc. vs. Oral-B Laboratories (re: Minute-Gel), 1987
    - (c) Soft Sheen's Care Free Curl vs. Revlon's I of Nature (Trademark), 1986-1987.
    - (d) Oral-B Laboratories, Inc. vs. Johnson & Johnson, Inc. (re: Reach Advertising), 1986-
- Lowenstein, Sandler: Princeton Economics Group vs. AT&T (re: class action defense of spirit), 1994-1995
- Maurice Blackburn Cashman Pty Ltd: Biota Holdings Ltd and Anor vs. Glaxo Group Ltd. & Ors. Re: Relenza, 2006-
- Mitchell, Silberberg & Knupp: Stella Foods Inc. vs. Cacique IC, re: Ranchero, 1997-1999
- Morgan, Lewis and Bockius: Scott paper defense in the Turnabout Marketing Case, 1983
- Morison, Cohen, Siner, and Weinstein, Hertz v. Avis, 1994.
- Morrison & Foerster [and Bingham McCutchen; Arnold & Porter; Goodwin Procter; Greenberg Traurig]
    - (a) Prop 65 [Re Acrylanide in Potato Chips and French Fries]: Environment World Watch Inc. v. P&G Distributing Company
    - (b) Council for Education and --- on Toxins v. McDonald's Corp
    - (c) People of the State of California v. Frito-Lay Inc., 2007-2008.
- Munger, Tolles and Olson:
    - (a) FTC vs. Polygram Holdings et al. re: Three Tenors Case 2001-2002
    - (b) Universal vs. MGM (re: Rollerball) 2002
- Odutola Law: Spirits Int. Nv. vs. Distilleries Melville Ltd. Re: Moskovskaya vs. Moskova, 2007-
- Pattishall, McAuliffe, Newbury, Hilliard, & Geraldson:
    - (a) S.C. Johnson and Son, Inc. vs. Carter Wallace ("Edge" vs. "Rise"), 1983
    - (b) Anheuser Busch vs. Stroh Brewery Co. and vs. Miller and Heillman, (re: LA beer), 1984-1985
    - (c) S. C. Johnson & Son Inc., re: L'envie, 1986-1987.
    - (d) Shelby Motor vs. Ford, 1988.
    - (e) GFA Brands Inc. and Fitness Foods Inc. vs. Canbra Foods Ltd. and Campbell Mithun/Esty, Inc. re Heartlight, 1990-1991.
    - (f) AT&T vs. MCI (various deceptive advertising cases) 1991-
    - (g) Walt. Disney vs. Good Times, 1993

(h) Car Freshener Corp. vs. S.C. Johnson and Son, Inc. (re:Glade Plug Ins Air Freshener Design), 1994
(i) International Telecharge, Inc. vs. AT&T, 1992-1994
(j) S.C. Johnson and Son, Inc. vs. Avon (re: Skin So Soft) 1996
(k) GTE Card Services Inc. vs. AT&T, 1996
(l) SunAmerica Corp. vs. Sun Life Assurance Co. of Canada 1993-1995, 1997-1998 [W.H. Covington and Burling]
(m) Blue Cross Blue Shield vs. American Medical Association, re: CPT, 1998
(n) Encyclopedia Britannica, Inc. vs. Britannica Home Fashions, Inc., 1999
(o) Simon Property Group, L.P. v. mySimon Inc., 2001-
(p) Montblanc – Simplo Gmblt v. Savonerie et Parfumerie Bernard, 2001
(q) Old World Industries, Inc. vs. AutoMeter Products, 2002
(r) JLJ Inc. v. Santa's Best Craft (Christmas tree lights), 2004
(s) Energy Brands Inc. (Glaceau) vs. Pespico Inc. + South Beach Beverage Co., Inc Re: Sobe Life Water, 2006
(t) Auto Meter Products Inc. v. Maxima Technologies & Systems LLC, 2006-
- Paul, Weiss, Rifkin, Wheaton and Grasser:
  (a) Revlon vs. L'OREAL re: Colour Endure Commercials 1995
  (b) Revlon vs. Cover Girl self renewing lipstick advertising, 1996 [NAD]
  (c) Castrol vs. Penzoil (re comparative advantage) 2008.
- Pepper, Hamilton and Scheetz:
  (a) Del Monte Corp. vs. Sunkist Growers, Inc. Arbitration, 1990-1991
  (b) Sun Oil Company defense against class action certification, 1996-1997
- Pennie & Edmonds IT&T Continental Baking (C&C Cola): defense against Coca Cola re: C&C Cola, 1978
- Pillsbury, Madison & Sutro: Consulting re:
  (a) Thrifty Rent-A-Car vs. Elder, 1991-1992
  (b) Green Giant American Mixtures, 1994
  (c) Chrysler Corp. vs. Replacement Sheet Metalparts Distributors, 1992-1993
- Pillsbury Winthrop LLP
  (a) Mulligan v. Pacific Bell Telephone Co. (inside wiring), 2004
  (b) State of California vs. Tri-Union Seafoods, et al. (Canned Tuna, Proposition 65)
- Rogers and Wells [and the Italian Trade Commission], re: Italian pasta dumping case, 1996
- Sidley and Austin:
  (a) Industrial Gas litigation, 1986
  (b) Land O'Lakes, Inc. vs. Bakers Franchise Ltd., 1987
  (c) Ultramar, Inc. vs. CITGO Petroleum Corporation, 1997
  (d) AT&T vs. US West Communications, re: US West advertising, 1998
- Sills, Cummis, Zuckerman, Radin, Tischman, Epstein and Gross: E.R. Squibb and Sons, Inc. vs. Stuart Pharmaceuticals, 1991.
- Skadden, Arps, Meagher, & Flom:
  (a) American Home Products vs. Beecham re: Delicare commercials, 1986
  (b) Tambrands, Inc. vs. Warner-Lambert Co. re: EPT commercials, 1986-1987
  (c) Beecham Inc. vs. Yankelovich, Clancy, Shulman and Saatchi & Saatchi Holdings, Inc., re: projections for Delicare, 1986-1988
  (d) American Express vs. MasterCard re: Goldcard, 1988
  (e) Challenge to the networks by Sterling Drug re: Bristol Myers Tribuffered Bufferin commercials, 1988
  (f) Challenge by Dow Brands, Inc. of the TV advertisement for Reynolds Metals Company's "SURE-SEAL" food storage bags, 1989
  (g) Anheuser-Busch Company vs. Coors Brewing Company (various deceptive advertising cases) 1991-1993
  (h) R.H. Donnelley vs. Sprint Publishing and Adv. Inc., re: Sprint Yellow Pages, 1996
  (i) Anheuser Busch vs. Boston Beer re: A-B advertising [NAD], 1997
- Steptoe & Johnson LLP: DirectTV Inc. and EchoStar Satellite LLC v. Tax Commissioner of Ohio 2006-2007
- Sullivan & Cromwell: Remington Rand Corp. vs. Amsterdam-Rotterdam Bank N.V., 1991
- Van Hagey & Bogan, Ltd.: Consulting re: The Quaker Oats Co, 1991
- Weil, Gotshal and Manges:

       (a)   Johnson & Johnson vs. SmithKline Beecham, Re: Tums Advertising, 1991
       (b)   Schering-Plough Healthcare Products vs. Johnson and Johnson, Inc. re: Neutrogena Chemical-Free Sun Block, 1996
       (c)   Pharmacia Corp. vs. Glaxosmith Kline Consumer Healthcare (re: NicoDerm advertising), 2002-2003
       (d)   Priceline.com re: NAD, 2003
- White & Case:
       (a)   Trovan Ltd. and Electronic Identification Devices vs. Pfizer Inc. re: Trovan's trademark, 1999
       (b)   Frederick E. Bouchat vs. Baltimore Ravens, Inc. and NFL Properties Inc., (re: the Ravens Logo), 2001-2002
       (c)   Oakland Raiders vs. TBB and NFL, 2003 [with Bingham McCutchen]
- Whiteman, Breed, Abbott & Morgan:
       (a)   Pepsi Cola Company: Defense against Coca Cola Co. re: The Pepsi Challenge, 1978; 1981; 1995 [Mostly with the NAD]
       (b)   Burger King Comparative Advertising Campaigns vs. McDonald's and Wendy's, 1982-1990
- Winston & Strawn, LLP
       (a)   Verizon Directories Corp. vs. Yellow Book USA, Inc., 2004
       (b)   Merix Pharmaceuticals vs. GlaxoSmithKline, Re: Releev, 2006
       (c)   Dyson Technology Ltd. vs. Maytag Corp., 2006-2007
       (d)   Procter & Gamble Co. vs. Ultero Inc. 2007
       (e)   Doctor's Associates Inc. vs. QIP Holders LLC & iFilm Corp.: Subway vs. Quiznos, 2008

## E.  Illustrative Marketing Research Clients:

1. Air Canada (1973)*
2. American Cyanamid (1972-1973)*
3. Atlantic Richfield Company (1971-1972)*
4. Bankers Trust Company (1973-1974)*
5. Bell Telephone Company of Pennsylvania (1974;1977)
6. BBD&O (1974-1982)
7. Bissell, Inc. (1969-1971)*
8. Bristol Myers Squibb (1998-)
9. Brown & Williamson Tobacco Corp. (1978-1979)
10. Bureau of Newspaper Advertising (1974)*
11. CBS (1972)
12. Campbell Soup Company (1972-1973)*
13. Chrysler (via BBD&O) (1975-1978)
14. Clorox Company (1975-1976)
15. Colonial Penn Group, Inc. (1973-1979)
16. Commercial Union Assurance Companies (1974-1975)
17. Connecticut Bank and Trust Company (1972)*
18. Downe Publishing, Inc. (1972-1973)
19. Eastman Kodak Company (1973)*
20. E.F. Hutton (1981-1984)
21. Edward D. Jones (1985-1987)
22. First Pennsylvania Banking and Trust Company (1971-1972; 1974-1975)*
23. General Electric (via BBD&O 1977) (1982)
24. General Foods Corporation: the Jell-O and Kool-Aid divisions and various departments of the corporate product development division (1969-1972)*
25. Geometric Data (1981)
26. International Air Transport Association (1973-1975)*
27. International Harvester Credit Corporation (1973-1974)*
28. International Harvester Company (1975)
29. IT&T Continental Baking Company (1972-1978;1982)
30. Lever Brothers Company (1971-1973)*
31. Marriott Corp. (1982)
32. Modern Medicine (1970)*

33. MRCA (1975-1987)
34. Pacific Bell (1981-1982)
35. Pepsi Cola (1981)
36. Pfizer Pharmaceuticals, Inc. (1975-)
37. Pillsbury (1975)
38. Pioneer Electronics of America (1978)
39. RCA Computer Division (1972)*
40. Sears Roebuck & Company (1972-1973)*
41. SEI Investments (1988-)
42. Singer (1973)
43. SmithKline and French (1971)*
44. Snelling and Snelling, Inc. (1973-1974)
45. Sterling Drugs (1985-1986; 1990-1992)
46. Stroh Brewery Company (1970)*
47. Sun Oil Company (1972)*
48. Syntex Laboratories, Inc., (1976-1977)
49. Twentieth Century Fox (via the Data Group, Inc.) (1972)
50. UNICOM (1973)
51. U.S. Dept. of Commerce, Office of Telecommunications (1972)
52. The Wool Bureau, Inc. (1975)
53. Western Airlines (via BBD&O) (1979)

The research projects designed and conducted for these firms covered variety of consumer and industrial marketing problems including product positioning and market segmentation, new product development, generation and evaluation of new products, and promotional concepts. Projects with * were conducted via Robinson Associates.

**F. Illustrative Marketing Research Program Evaluation and Redesign:**

1. IT&T Continental Baking: copy and concept testing, segmentation studies (1972-1978)
2. Brown and Williamson: copy and concept testing (1978-1979)
3. Colonial Penn: all aspects of research (1973-1980)
4. Pfizer Pharmaceuticals: image studies, new product selection models, etc. (1975-1990)
5. R.J. Reynolds Tobacco: new product development system (1979-1980)
6. Bristol Meyer Squibb: Redesign of the Marketing Research function and various research and modeling procedures (1999-)

**G. Illustrative Intra-Company Marketing Strategy (and Marketing Research) Workshops:**

1. American Medical International (1978)
2. Amoco Fabrics Co. (1984; 1988)
3. ARA (1983)
4. Associacion Mexicana de Ejecutivos en Planeacion (1979)
5. Atlantic Richfield Company (1971)
6. AT&T (1972-1978)
7. Bank of East Asia (2005)
8. BBD&O (1974-1983)
9. Bell Atlantic (1983)
10. Bell Canada (1980)
11. Black and Decker (1981)
12. Bristol Myers Squibb (1998)
13. The Bunge Group (1982)
14. Campbell Soup (1972)
15. Career Futures, Inc. (1975)
16. Certain-Teed Corporation (1983)
17. The Clorox Company (1975)
18. Colonial Penn Group (1975-1980)
19. Computer Science Corporation (1975)
20. Contel (1989)

21. Daymon (2004)
22. Di Giorgio Corp (1980-1981)
23. Deutsche Bank (2004)
24. Edward D. Jones & Co. (1983)
25. E.F. Hutton (1979-)
26. Ethicon, Inc. (1979)
27. The Executive Forum (1979)
28. General Foods (1970)
29. Gray Advertising, Inc. (1977)
30. IBM – Applied Business Systems (1988)
31. International Harvester (1974-1975)
32. Intermountain Health Care, Inc. (1978)
33. ITT Water Technology Group (2004)
34. Li & Fung (2005)
35. Los Angeles Times (1993)
36. Machinist Publishing Co., Ltd., Japan (1977)
37. Miles Laboratories Ltd., Canada (1973)
38. MRCA (1978)
39. New York Telephone Company (1976)
40. Pfizer Pharmaceutical, Inc. (1975-1987)
41. Phillips Petroleum Company (1992-1993)
42. The Pillsbury Company (1976)
43. Rhodia, Brazil (1979)
44. Schlachman Research, U.K. (1975)
45. SEI Corporation (1990-)
46. SmithKline & French (1970)
47. Spectra-Physics (1983)
48. Standard & Poors (1998)
49. Syntex Laboratories, Inc. (1976)
50. 3M's Marketing Council(1986)
51. Tektronix, Inc. (1978)
52. Unilever, U.K. (1975)
53. Union Mutual (1981)
54. Wyeth International Ltd. (1980)
55. Xerox (1981)

## H. Selected International Consulting

1. UNIG, Singapore, Business Strategy (2000)
2. Li & Fung, Hong Kong: Business Strategy (1998-)
3. Wickes, plc., UK: Marketing and business consulting (1988-1996)
4. Hakuhodo, Japan: Design of a 21st Century Advertising Agency (1993-1997)
5. McKinsey, Milan: New Developments in Marketing Strategy, Research, and Modeling (1988)
6. Sunstar, Japan: Marketing and Business Strategy (1985)
7. Bunge Group, Brazil: Marketing planning (1982-1986)
8. Meridian Group U.K.: Marketing and Business Strategy (1985-1986)
9. P.E. Consulting Group, South Africa: Strategic planning & Marketing Consulting and Conducting Executive Seminars (1982)
10. Bell Canada, Canada: Market Segmentation Study (1979-1981)
11. Cooperative de Seguros de Vida, Puerto Rico: Design of a marketing planning system (1980)
12. Discount Bank, Israel: Marketing planning (1980)
13. Bank Leumi Ltd., Israel: Marketing planning (1978)
14. Fuji electric, Japan: Design of a management planning process (1977)
15. Koor Industries, Israel: Designing and organizing the marketing function for the corporation's 34 companies (1968-1969)

## I. Consulting to Government Agencies

1. FinCen/BENS project on Terrorist Financing, 2003-2004

2. U.S. AIR FORCE: Evaluation of the Air Force resource allocation procedure (1980-1981)
3. CANADIAN GOVERNMENT: Industry, Trade & Commerce Design and execution of a study for evaluation of the U.S. market potential for selected Canadian medical diagnostic and therapeutic products (1980-1981)
4. U.S. PATENT AND TRADEMARK OFFICE: Designing a strategic planning system (1981)
5. NASA: Evaluation of NASA's IAC's 1976 advertising campaign and recommendations for its future advertising and marketing strategy (1977)
6. ISRAEL DEFENSE MINISTRY: Analyze and evaluate the marketing system of the Administered Areas (Arab territory prior to the 6-Day War). The findings and recommendations of this study were submitted in classified report to the Israeli Defense Ministry (1968-1969)

## J. Consulting/Advising to Research Organizations

1. Member of the advisory committee of the Diebold Institute study of the impact of public policy on entrepreneurial startup companies: the U.K. and U.S. in biotech and IT, 1998 -
2. Institute of Business and Economic Research, University of California, Berkeley. Consultant on the Coping Behavior (an empirical study of the consumer-technology interface) project, sponsored by the National R&D Assessment Program, NSF. (1976-1981)
3. Pennsylvania Science and Engineering Foundation, Temple University/Applied Communication Research, Inc. Research consultant for design, analysis, and evaluation of an NSF (Office of Science Information Services) sponsored project concerning the design and evaluation of experiments for the marketing of scientific and technical information services. (1974-1977)
4. EDUCOM: Inter-university Communications Council, Inc. Participant in an interdisciplinary seminar to identify and measure special interest audiences for public television. (1974)
5. The John and Mary R. Markle Foundation.
6. Participated in a workshop for design of "Quality Ratings of TV Programs." (1979)
7. Participated in the design of a study on special interest audiences. (1975)
8. Marketing Science Institute Consultant from February 1967 to December 1968. Conduct and plan research projects primarily in the areas of industrial buying behavior, advertising, and international marketing.
9. Marketing Science Institute U.S. Department of Agriculture Study Group on Marketing Performance Principle investigator, March-December 1968. Developed a model for the evaluation of the performance of the U.S. marketing system.
10. Management Science Center University of Pennsylvania Senior staff member September 1967 to July 1968. Engaged in the development of a marketing model for Anheuser-Busch.

# UNIVERSITY ACTIVITIES

**University of Pennsylvania, The Wharton School**
**A.  Program Development**

1.  The Wharton Fellows platform including The Wharton Fellows program and the
    e-Curriculum R&D Initiatives. Initiator/Chair of the Committee that designed the new program
    platform and the e-Curriculum R&D Initiatives (1999-2000) and continued direction and
    reinvention of the program including its shift to the Wharton Fellows as a Decision Support
    Network (2001-). Wharton Fellows Master classes Dr. Wind designed and directed included:
    - November 27-December 2, 2000: Philadelphia
    - January 7-January 12, 2001: Silicon Valley
    - February 18-February 24, 2001: Barcelona
    - March 15-March 17, 2001: Philadelphia
    - May 6-May 12, 2001: Philadelphia, Wharton Fellow in e-Business
    - June 3-June 7, 2001: Barcelona
    - June 8-June 9, 2001: Helsinki
    - July 8-July 14, 2001: Silicon Valley
    - March 17-March 22, 2002: CEO Forum & Foundations I: Philadelphia
    - April 21-April 25, 2002: Foundations II: Silicon Valley/San Francisco
    - June 9-June 11, 2002; Munich
    - November 3-November 8, 2002: Foundations I: Philadelphia
    - January 5-January 9, 2003: Foundations II: San Francisco
    - September 7-Setepmber 9, 2003: Top Line Growth in Turbulent Times: Philadelphia
    - January 7-January 9, 2004: Success: What's Next?: Seattle
    - April 25-April 28, 2004: Milken & the Media: Los Angeles
    - June 1-June 8, 2004: Leveraging Japan: Tokyo; China: Transformation from the Inside:
      Shanghai
    - September 12-September 14, 2004: Toward a New Europe: Prague, Czech Republic
    - December 12-December 14, 2004: Merger, Acquisition and Renewal: New York
    - March 6-March 9, 2005: Market & Sourcing Opportunities in India: Mumbai &
      Bangalore, India
    - June 26-June 27, 2005: Working with Government, Washington D.C.
    - September 22-September 27, 2005: Design, Innovation and Strategy:
      Copenhagen/Milan
    - December 4-December 6, 2005: Opportunities in Latin America and the US Hispanic
      Markets: Miami
    - February 25-February 27, 2007: Doing Business in an Evolving World, Philadelphia
    - May 21-May 23, 2007: Globalization Revisited, Shanghai
    - October 14-October 16, 2007: The Next Big Thing, Silicon Valley
    - January 7-10, 2008: Marketing to Electronics Savvy Consumers, with David Reibstein,
      Las Vegas.
    - May 4-6, 2008: Creativity and Innovation, with Karl Ulrich, Philadelphia.
    - October 11-14, 2008: Islam and the West: Insights and Opportunities, with Bulent
      Gultekin, Dubai.
2.  The MBA X-Functional Integration Initiative (2003-2005)
3.  A number of Executive Development Programs including :
    - Winning in the Next Millennium: Strategies for Driving Change: Initiator and Director,
      December 1998.
    - Wharton on the New Reality of Business: Co-Academic Director with Bob Mittlestaedt,
      December 2001.
    - IDC's MBA @ Wharton Program, 2003-2004 and October 2007 (co-director with Ziv
      Katalan).
4.  The Advanced Management Program (AMP) Design Team (1998).
5.  Wharton's Information Management Initiatives (1998-1999). Founder and co-chair (with Paul
    Kleindorfer) of its faculty council.

6. The Revised MBA Curriculum (1990-1991). Chaired the committee that developed the new curriculum.
7. The SEI Center for Advanced Studies in Management, founding Director. Develop and direct all Center activities and chair its faculty council, 1988-.
8. The Joseph H. Lauder Institute of Management and International Studies, founding Director and chairman of its faculty council. Designed and directed all the Institute's programs, including the establishment of the Institute MBA/MA program which admitted its first class of 50 students in May 1984, February 1983-July 1988.
9. Wharton International Forum. Initiated and designed the original program and chairman of its faculty council, 1987-1998.
10. Wharton Ph.D. with M.A. in International Studies. Initiated the joint program, 1988.
11. Wharton Center for International Management Studies (renamed as the Wurster Center, 1988) founding director. Designed/directed all the Center's activities aimed at the stimulation of international research at Wharton and the internationalization of the faculty and programs, 1980-1983.
12. The Wharton/SIA (Security Industry Association) Marketing Program. Initiated and designed the program which held sessions on April 1982 and November 1982.
13. The Wharton Recanati Multinational Marketing and Management Program, Co-founder, 1978.
14. The Wharton Executive MBA (WEMBA) program, chaired the committee that developed the program, 1974.
15. Marketing Programs, participated in the redesign of the marketing MBA programs, 1970; Ph.D. 1971; and Undergraduate, 1973 and 1981; including the initiation of The Wharton Dual MBA Major in Marketing/Multinational Enterprise.

## B. Courses Developed and Taught

a. Developed (courses developed by me are indicated by an *), modified and taught courses and seminars in:
   Advertising Management (MBA)
   Channel Management (MBA)
   Communication Processes in Marketing* (MBA)
   Consumer Behavior* (MBA and Ph.D.)
   Creating an e-Business (MBA)*[A binational e-course to Wharton and IDC students)
   Creativity* (MBA)
   Health Care Marketing* (MBA)
   Industrial Marketing* (MBA)
   Integrating Marketing and Operations* (MBA) [developed jointly with P. Kleindorfer]
   International Marketing* (MBA)
   Marketing Management (MBA)
   Marketing Methods and Applications for Business Consulting* (MBA) [with P. Green]
   Marketing Research (MBA and Evening School)
   Marketing Strategy (WEMBA*, MBA)
   Multinational Management
   Planning Marketing Strategy Projects (MBA)
   Product Policy* (MBA)
   Promotion Policy (MBA)
   Research Seminar (MBA and Undergraduate)

b. Course head: MBA advanced study project (1967-1968, 1974-1979), Marketing Management for non-majors (1967-1968, 1970-1971), the MBA Core Marketing Management Course (1970-1971, 1971-1972), Marketing Strategy Seminar (1974-1975)

c. Guest lecturer in various departments of the Wharton School including the Multinational Enterprise Unit, the Leonard Davis Institute of Health Economics, the Management Department, Management of the Arts Program, Decision Science, Public Policy and Management.

## C. Committee Responsibility:

1. Marketing Department Committees:

   - Curriculum Committee 2008-2009
   - 5 Year Plan Committee (chair), 2004-2005.
   - Initiator and Chair of a Committee to develop a marketing certification program, 2004-2005
   - Recruiting/Personnel Committee, since 1971. Chairman Recruiting Committee, 1978-1979; 1981-1983; 1987-1988; Co-chair of the subcommittee for recruiting of STARS 2007- .
   - Curriculum Committee, Member of Committee and Chairman of a number of its subcommittees 1967-1978, and 1996-1998. Chairman of the committee 1970-1971,1973-1975, 1976-1978, and 1980.
   - Ph.D. Program Coordinator, 1972-75. Doctoral Committee, 1988-1989.
   - External Boards/Affairs Committee, 1987/88; Chair 1988-1989.
   - Member and Chairman of various departmental Committees, including all the department's advisory committees since 1971, Marketing Fund Committee since 1983, and its Long Range Planning Committee, 1970-1971.
   - Senior Faculty Recruiting, Chairman 1995-1997.

2. Wharton School Committees:

   - Dean Advisory Council 2007/2008; 2008/2009
   - Co-Chair, Search Committee for the new Director of the Lauder Institute (2006)
   - Initiator and developer of _Wharton School Publishing_ in conjunction with Pearson/FT, Founding Editor and member of the Faculty Editorial Board (2003-)
   - Chairman, Dean's Committee on Cross-Functional Integration (2002-2004)
   - Member of the Executive Development Faculty Advisory Board (2002-2004)
   - Member of the Alfred West, Jr. Learning Lab Faculty Committee (2001-2005)
   - Chairman of a Faculty Committee to assure cross program dissemination of e-Curriculum Developments (2000)
   - Member of the Dean's Advisory Council (since its inception in 1983 to 2000)
   - Member of the Strategic Planning Steering Committee, 1999-2000
   - Member of the Committee to prepare the strategy for "Management, Leadership, and Organizational Priority" area of the University's Agenda for Excellence, 1998
   - Senior Faculty Committee to Review the Global Presence strategy (Summer 1997)
   - Chairman of the Graduate Curriculum Committee focusing on a critical examination of the MBA program and its appropriateness for preparing the leaders of the 21st century enterprises. The Committee developed the new MBA curriculum which was tested in 1991/1992 and 1992/1993 and which was fully implemented starting in 1993/1994.
   - Initiated and organized the Management Education Council – the vehicle for corporate support and funding of the new MBA curriculum, 1992-
   - The Wharton International Committee: Chairman, 1978-1981, 1982/1983, 1995-1997. [The 1995-1997 committee developed the Wharton globalization strategy.] Member: 1967-1968, 1983-1987, 1989-1991.
   - Member of Boards of the following Wharton Centers:
       The SEI Center for Advanced Studies in Management (Founder), 1988-
       The Lauder Institute (Founder) 1983-
       - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
       The Alfred West, Jr. Learning Lab (Initiator of the Lab and Founder of the External Advisory Committee), 2001-2005
       Risk and Decision Process Center, 1984-
       The Manufacturing and Logistics Forum, 1992-2000
       The Wharton/PIMS Research Center (Co Founder), 1985-1998
       U.S. Japan Management Studies Center, 1989-1992
       Wharton Emerging Economics Program, 1992-1995
       The Wharton Center of International Management Studies (Founder), 1981-1983
   - Member of the Advisory Committee on Faculty Personnel, 1976-1978; 1984-1985; 1987-1989; 1994-1995.
   - Dean's Planning Task Force (1986).

- Member of the School's Executive Education Policy Committee, 1987-1989.
- Member or chairman of a number of Chair Search Committees, including seven chairs in Marketing (1985, 1987, 1988-1990, 1992, and 1997), Entrepreneurship (1984-1985, 1997-1998), International Management (1984-1985), Operations Management (1986), the chair and director of the US-Japan Center (1988-1991), the chair in Managerial Economics (1989), the chair in Information Technology (1996-1997), and the chair in Electronic Commerce (1999).
- Member of the (ad hoc) Committees to Review Various Units and Departments:
  - The Snider Entrepreneurial Research Center, 2004-2005
  - Finance Department, 2001-2002
  - The Real Estate Center, 1988
  - Social Systems Science, 1985-1987
  - U.S. Japan Center, 1985-1986
  - Multinational Enterprise Unit, 1977-1978
- Member of the School's Faculty Personnel Committees of:
  - The Health Care Systems Unit, 1974-1975.
  - The Multinational Enterprise Unit, 1978-1979.
- Member of the Committee on Academic Freedom, 1977-1978.
- Chairman of the Advisory Committee for the Wharton Executive MBA Program, 1974-1975.
- Chairman of the Wharton School Doctoral Admissions Committee, 1974-1975.
- Graduate Academic Standards Committee, 1969/1970 – 1971-1972. Chairman of its subcommittee for the evaluation and redesign of the school's grading system.
- A number of Ad Hoc Committees and task forces for the:
  - development of a core Ph.D. Behavioral Science Course, 1972-1973,
  - redesign of the International Business program, 1971,
  - review of the Economic Offerings for Business and Applied Economic doctoral students, 1970-1971,
  - development of a Continuing Education Program in Health Care Administration, November 1971-October 1973.
- Evening School Committee, 1972-1973.
- Behavioral Lab Planning and Implementation Committee, 1989-1990.

## D. Doctoral Dissertations Supervised

Bent Stidsen (1972); Yehoshua Buch (1972); Kathy Villani (1973); Rene Y. Darmon (1973); Arun K. Maheshwari (1973); Chris Hetzel (1973) winner of the AMA Doctoral Dissertation Competition; Arun K. Jain Honorable mention at the AMA Doctoral Dissertation Competition; Joel Huber (1974); Irwin D. Reid (1975); Chris Buss (1979) winner of the AMA Doctoral Dissertation Competition; Robert J. Thomas (1980) Winner of the Academy of Marketing Doctoral Dissertation Competition; Cynthia Fraser (1980); Joel Steckel (1981) Honorable Mention AMA Doctoral Dissertation Competition; John Deighton (1983); Rajeev Kohli (1984); Oliver Heil (1988); Kamel Jedidi (1988); Bari Harlam (1989); Kris Helsen (1990); Nino Buran (1991); Hoon Young Lee (1992); Rajeev K. Tyagi (1994); Amy Kallianpar (1998).

## E. Addresses to Alumni Club and Other Groups Regarding The Joseph H. Lauder Institute

Illustrative addresses to alumni clubs and other groups on the changing needs for management education and the University's response -- The Joseph H. Lauder Institute.

1. Alumni Clubs addressed include:
   - Dallas (December 1984)
   - Cleveland (April 1986)
   - Hong Kong (July 1985)
   - London (May 1984)
   - Long Island (January 1984, March 1986)
   - Milan (October 1987)
   - Philadelphia (January 1984, January 1986)
   - Paris (December 1983)
   - San Francisco (November 1983)

- Taipei (July 1985)
- Tokyo (June 1985)
- Toronto (August 1987)

2. University Groups:
   - Board of Directors of the Association of Alumnae, March 1984
   - The Vice Provost Advisory Board, February 1984
   - Wharton Board of Overseers, January 1984, 1997
   - Trustees (October 1983, January 1984)

3. Other Groups (partial list):
   - University of Pennsylvania Trustee Committee on Academic Policy (January 1988).
   - 40th National Conference of the Council on International Education Exchange, San Francisco (November 1987)
   - Title VI Center Lauder conference on International Studies and Foreign Language for Management. Philadelphia (May 1986)
   - University of Pennsylvania Alumni (Alumni day, Philadelphia, May 1985)
   - Delaware Valley Faculty Exchange Program on International Business and Language Studies (December 1984)
   - AIESEC-Northeast regional conference (October 1984)
   - Deans of 50 schools in an AACSB seminar on Internationalizing the Business Curriculum (March 1984)

**F. Illustrative presentations to alumni groups and others regarding the Management 2000 project, the SEI Center for Advanced Studies in Management, and the revised MBA curriculum**

- Wharton-Recanati Program, 1993
- International Forum, 1993
- Erasmus University – Faculty and Administration, 1993
- Marketing Advisory Board Meeting, 1993
- Board of Directors of the Wharton Alumni Association, September 1988; May, 1993
- The Wharton Board of Overseers, April 1988
- Wharton Advanced Management Program Participants, 1990, 1991
- The Wharton Graduate Advisory Board 1990
- Wharton's European Advisory Board 1991
- Alumni attending the May 1991 Alumni Reunions
- The SEI Center Board of Directors 1990-1991
- The Joseph H. Lauder Institute Board of Governors 1991
- College of Business Administration, University of Texas at Austin C Advisory Board and Faculty, February 1992
- INSEAD Faculty and Administration, February 1992
- Security Industry Institute, 40th Anniversary Program, Wharton, March 1992

**G. Illustrative presentations regarding Wharton's Globalization Strategy**

- Dean's Advisory Board, February 1997
- Wharton Board of Overseers, March 1997
- Wharton Graduate Executive Board, March 1997
- Wharton Executive Education Advisory Board, May 1997
- European Advisory Board 1997
- Wharton Faculty 1997

**H. Illustrative presentations regarding Wharton's Information Management Initiatives (IMI)**

- Dean's Faculty Lunch, April 1998
- All Wharton Departments 1998 – 2001
- The 1st Conference of the Wharton Alumni Club of Israel March 2001

I.   **Illustrative presentations regarding Cross-Functional Integration of the MBA Curriculum**

- Wharton Faculty (Feb 2003)
- Graduate Executive Board (March 2003)
- CEO Panel for the entering 2004 class (August 2003)
- Ph.D. Proseminar (Fall 2003)

J.   **Illustrative presentations regarding the Wharton Fellows Program**

- Wharton Executive Education Advisory Board (April 2004)
- Wharton Alumni Club of Atlanta (November 2001) and Israel (December 2001)

K.   **Illustrative presentations regarding Wharton School Publishing**

- Wharton Executive Education Group (May 2006)
- Jay H. Baker Retailing Initiative Board (October 2005)
- Wharton Executive Education Group (January 2005; May 2006)
- Wharton School External Affairs group (February 2004)

L.   **Illustrative presentations regarding The Power of Impossible Thinking**

- Alumni Leadership Conference, Hong Kong (May 2007)
- Wharton Connect: On Campus (March 2007)
- Wharton Connect (October 2006)
- Organizational Development Network of Greater NYC (October 2006)
- Wharton Staff Workshop (September 2006)
- LINKS @ Wharton (August 2006)
- The Wharton Club of New Jersey (July 2006)
- CEIBS @ Wharton (July 2006)
- Wharton Sports Business Initiative (May 2006)
- Microsoft's Latin America Financial Services CEO Roundtable (March 2006)
- LinKS@Wharton (November 2005; August 2006)
- Jay H. Baker Retailing Initiative Board (October 2005)
- Merrill Lynch, Investment Banking Institute at Wharton (August 2005)
- Wharton Fellows Event, Singapore (March 2005)
- EMTM Alumni Council (February 2005)
- Miami Wharton Club (December 2004)
- Advertising Research Foundation Breakthrough Conference (November 2004)
- Washington, D.C. Clubs of Wharton and AFLSE (September 2004)
- Deutsch Bank External Insights, New York (September 2004)
- Executive Briefing to Federal Express (September 2004)

M.   **Illustrative presentations regarding Competing in a Flat World**

- University of Monterrey, Monterrey, Mexico (October 2008)
- American Chamber of Commerce in Hong Kong, Hong Kong (July 2008)
- The Wharton Club of Spain, Madrid, Spain (June 2008)
- Wharton Club of Southern California, Santa Monica, California (April 2008)
- Wharton Club of New York, New York, New York (February 2008)
- Wharton Fellows, New York, New York (February 2008)

**University of Pennsylvania – University Committees:**

- Chair, Penn Social Responsibility Advisory Committee, 2008-2009.
- Committee for generating new revenues by medical education initiatives, University of Pennsylvania Health System, 2007-2008
- Member of the Institute for Strategic Threat Analysis & Response @ Penn (ISTAR) Advisory Board, 2007-

- Integrated Product Design – Overseer (2008-)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- Research Foundation Committee, Social Science and Management Review Panel, 1999-2006
- Member of the Faculty Advisory Group to Campus Development Planning Committee, 2005-2006
- Member of the Committee on International Programs, 2002-2006
- Member of The Ackoff Center Advisory Board, 2001-2006
- Member of the Provost Art and Culture Committee, 2002-2004
- Faculty Senate Committee on Administration, 1995-1998.
- Chair, Subcommittee of the Faculty Senate Committee on Faculty Teaching Evaluations, 1997-1998.
- Chairman of Special Presidential Committee on Borderless Education, 1997-1998.
- Provost's Task Force on the University of the Global Information Age, 1996-1997.
- Faculty Editorial Board, University of Pennsylvania Press, 1996-1997.
- Member of the Provost's Committee on Information Science and Technology, 1996-1997.
- Member of the Provost's Committee on Distance Learning, 1996-1997.
- Chairman of a new university committee focusing on innovative revenue generation, 1992/1993 and 1993/1994. Members include the President, Provost, Chairman of the Board of Trustees, 3 deans, 3 trustees, and 3 faculty members.
- Member of the Provost International Council, 1990-1992.
    Chairman of a Subcommittee for the Evaluation of the University Office of International Programs, 1990-1991 and of a Subcommittee to Evaluate the University's Off-Campus Programs, 1991-1992.
- Member of the Provost Task Force on International Programs (1992/1993; 1993/1994).
- Member of the Commission for the 250th Anniversary Celebration of University of Pennsylvania (1987-1990)
- Advisory Board of the PBS series on The Global Economy, 1990.
- University of Pennsylvania correspondent for PBS program on Geo-economy, moderated by Ted Koppel, May 1990.
- Chairman of the Faculty Council of the Joseph H. Lauder Institute, 1983-1988.
- Member of the Board of Directors of the Joseph H. Lauder Institute, 1983 to present.
- Member of the Advisory Board of the office of International Programs, 1980 to present.
- Chairman, the Wharton Dean Search Committee, (selected Russ Palmer)1982/1983.
- The Senate Committee on the Economic Status of the Faculty, 1978/1979 (member); 1979/1980 (chairman).
- Member of the FAS – Wharton Committee, 1975-1977.
- Member of the University's Committee on Research, 1977/1978. Chairman of its subcommittee for evaluation of the University's Policy and Conduct of Research Programs.
- Member of the subcommittee of the University's Academic Planning Committee for the Measurement of Academic Performance, 1972/1973.

## The Interdisciplinary Center (IDC), Herzliya, Israel
- Co-founder (1994)
- Chairman, International Academic Advisory Board, 1994-
- Faculty Appointment Committee: Chairman 1999-2005; Member 2005-
- Chairman, Higher Academic Council 1999-
- Delivered the first Graduation Address, October, 1998
- Delivered the first Zoltan Wind lecture, 1996
- Delivered the first graduation address of the Wharton IDC Marketing Communication Program, March 1999
- Occasional lectures in various courses, faculty seminars, and public addresses since 1995
- Founder of the American Friends of IDC 1998 and a Member of the Board, 2003-
- Designed the week-long programs at Wharton for its visiting MBA class (2002, 2003, 2004, 2007 and 2008) and the Zell Entrepreneurial Program, (2002)
- Member, Advisory Board of IDC's New School of Communication (2005-)

1. **Courses Taught**

   - Erasmus University (The Netherlands) – A variety of courses on marketing strategy and marketing science (1993).
   - University of Tokyo (Japan) – Marketing Science (1992).
   - University of New South Wales (Australia) – Doctoral Seminar in Marketing (1977).
   - University of California at Berkeley – Product Policy, Doctoral Seminar (1975).
   - University of Tel Aviv (Israel) – Consumer Behavior, Marketing Seminar (1968).

2. **Faculty Promotion Review – Illustrative Universities**

   Columbia University, Harvard University, Massachusetts Institute of Technology, New York University, Pennsylvania State University, Stanford University, Tel Aviv University, University of California at Los Angeles and at Berkeley, University of Chicago, University of Georgia, University of Illinois, University of Pittsburgh, University of Rochester, University of Southern California, University of Texas, Yale, and others.

3. **Program/School Review**

   - Indian School of Business – Organization of the Wharton Planning Meeting, April 2002.
   - Rice University – member of the external review committee, 1996.
   - University of Santa Clara – member of a Site Review Team for the evaluation of the school's marketing department, 1981.
   - University of Tel Aviv – Initiator and organizer of the school's faculty colloquium, working paper series, planned and organized a number of the school's executive development programs and various other activities, 1968/1969.
   - The Technion, Israel Institute of Technology – Outside examiner at the Graduate Division of the Technion – The Israel Institute of Technology, Haifa, 1969.

# OTHER PROFESSIONAL ACTIVITIES

## A. Development of Research Programs [Illustrative List]

1. <u>The Future of Advertising</u> (2007- )
2. <u>Network-Based Strategies and Competencies</u> 2007-
3. <u>Creativity and Innovation</u> 2006-
4. SEI Center project Toward a New Theory of the Firm (2004-2008)
5. SEI Center project with Business Executives for National Security and FINCEN using the Suspicious Activity Reporting System (SARS) for identifying terrorist financing (2003-2004)
6. SEI Center project, Assessing the True Value of the Firm, Co-Directed with David Larcker (2002-2003)
7. The Wharton Office of Homeland Security (OHS) Project, Economic Vulnerability to Terrorism: Assessment, Prioritization and Action Implications, Co-Directed with Paul Kleindorfer (2001-2002)
8. Digital Transformation Project in Collaboration with McKinsey, WeBI and the Fishman-Davidson Center for Service and Operations Management (2001-)
9. e-Curriculum R&D Initiatives (2000-2002) and Curriculum R&D for the Wharton Fellows Decision Support Network (2001-)
10. The SEI Center's research program on Creating a 21st Century Enterprise. (1990-)
11. Established the Value of Marketing program. (1993–1997)
12. Initiated (with Frank Bass) the Empirical Generalizations in Marketing program. (1993–1995)
13. Co-founded (with Greg Farrington) the Virtual University Lab program (1995–1997)
14. Initiated the Computers and Art program for the ENIAC at 50 celebration (1998–1999)
15. Co-developed (with Bob Holland) the SEI Center's George Harvey Program on Value Creation Through Diversity (1996-)
16. Co-founded (with Paul Kleindorfer) the Information Management Initiatives Research Program (1998-1999)

## B. Editorial Activities

1. Founding editor, <u>Wharton School Publishing,</u> 2003-2008 [published books are listed on pages 24-26]

2. Initiator and editor of *Advances in Marketing Research and Modeling: Progress and Prospects – A Tribute to Paul E. Green*, Kluwer Academic Publishers, 2002.

3. Initiator and editor of *The Wharton School Publishing Newsletter* (monthly since July 2005)

4. Initiator and Co-Editor of the *Wharton Fellows Newsletter* (quarterly 2003-4; monthly January-December 2005).

5. Initiator and editor of *Wharton Executive Library* (published by Oxford University Press), 1984-1987. The series was aimed at familiarizing top management with recent developments in the various management disciplines. Books published include:
   - Gerard Adams, *The Business Forecasting Revolution, Nation-Industry-Firm*, 1986.
   - Leonard M. Lodish, *The Advertising and Promotion Challenge, Vaguely Right or Precisely Wrong?*, 1986.
   - David Solomons, *Making Accounting Policy: The Quest for Credibility in Financial Reporting*, 1986
   - James C. Emery, *Management Information Systems: The Critical Strategic Resource*, 1987.

6. Initiator and editor of the Scientific Press *Computer Based Marketing Series*. 1984-90. The series offers short books on specialized marketing topics with accompanying PC software. Books published include:
   - Paul E. Green, *CAPPA Electronic Questionnaire Display and Analysis*, 1986
   - Gary Lilien, *Marketing Mix Analysis with Lotus 1-2-3*, 1987
   - John Hauser, *Applying Marketing Management: Four PC Simulations*, 1987

- Darral G. Clarke, *Marketing Analysis and Decision Making: Text and Cases with Lotus 1-2-3*, 1987.
- Gary Lilien, *Marketing Management: Analytical Exercise with Lotus 1-2-3*, 1988.

7. Editor-in-Chief, *The Journal of Marketing* 1978-1981 (Vol. 43-45)

8. Area Editor, *Marketing Science*, 1981-83 (Vol. 1-2); occasional Area Editor (2002-)

9. Advisory Editor of the Addison-Wesley Marketing Series, 1974-1981. Books published under my editorship include:

- G. David Hughes, *Marketing Management*, 1978.
- James Bettman, *An Information Processing Theory of Consumer Choice*, 1979.
- Richard N. Cardozo, *Product Policy: Cases & Concepts*, 1979.
- F.E. Brown, *Marketing Research: A Structure for Decision Making*, 1980.

10. Member of the Editorial Boards of:

- *Journal of Business to Business Marketing*, 2004
- *Journal of Interactive Marketing*, 1998-
- *Journal of Global Marketing*, 1986-
- *Journal of Product Innovation Management*, 1982-
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- *Annual Review of Marketing*, 1980-1982
- *Computer Operations*, 1968-1970
- *Journal of Business Research*, 1974-1977
- *Journal of Consumer Research*, 1973-1984
- *Journal of High Technology Management and Market Research*, 1988
- *Journal of Marketing Research*, 1978-1981
- *Journal of Marketing*, 1971-1978
- *Journal of Organizational Behavior and Statistics*, 1983
- *Journal of Pricing Management*, 1989
- *Journal of Segmentation in Marketing*, 1997

11. Occasional reviewer for:

- *Decision Sciences*
- *IEEE Transactions on Engineering Management*
- *Journal of Management Studies*
- *Journal of Marketing*
- *Management Science*
- *Marketing Science*
- *Operations Research*
- *Public Opinion Quarterly*
- *R&D Management*
- *The Journal of Economics and Business*
- *The Wharton Quarterly*

12. Screening editor, *Journal of Consumer Research*, 1973-1974.

13. A judge of competitive research papers submitted to the National Conference of The AMA Academic (August) Conference in - Minnesota (1971), Houston (1972), Washington (1973), Portland (1974), Rochester (1975), Memphis (1976), Chicago (1980), Chicago (1984).

14. A judge of Ph.D. dissertations submitted to the AMA Doctoral Dissertation Competition, 1974, 1976, 1977, 1981, 1982, 1983. And the MSI Dissertation, and other award competitions 1984, 1985, 1990

15. Reviewer of papers submitted to the Market Measurement and Analysis Conference (renamed

Marketing Science Conference) since 1981.

16. Occasional reviewer of applications for research grants for the Social Science Research Council (London, England) since 1972; and the National Science Foundation, Division of Science Information and Advanced Productivity Research and Technology, since 1977.

17. Reviewer of manuscripts for a number of publishers and universities, including the MacMillan Company, the Center for Research of the College of Business Administration of Pennsylvania State University, the Graduate School of Business, Columbia University, Prentice Hall, Jose Bass and others.

## C. Offices Held in Professional Associations

### AMA

1. Member of the Board of Directors, The Philadelphia Chapter of the AMA, 1979-1983.
2. Program Chairman of:
   a) The 1977 AMA Doctoral Consortium Philadelphia, August 1977.
   b) The 1975/1976 AMA Attitude Research Conference, Hilton Head, SC, February 1976.
   c) The National Educators AMA Conference, Washington, D.C., August 1973.
3. Member of a number of AMA councils including the Advisory Council of the National Marketing Honorary Society of the AMA - Alpha Mu Alpha, 1980/1981 and the Educational Policy Council, 1977/1978.

### TIMS

1. Chairman, 1974/1975; Chairman Elect, 1973/1974; and Vice Chairman, 1971/1972 of the Institute of Management Science College of Marketing.
2. Program Chairman of:
   a) Marketing track on "Marketing Science for Increased Competitiveness of Firms and Countries," 1988 Washington, D.C., TIMS/ORSA Conference.
   b) The 1981 Market Measurement and Analysis Conference (with Vijay Mahajan).
   c) The Delaware Valley Chapter, 1967/1968.
3. Member of the Program Committees of the Market Measurement and Analysis Conference: University of Texas, 1980; New York University, 1981; and the Marketing Science Conference: University of Chicago, 1983; Vanderbilt University, 1985; University of Texas at Dallas, 1986; Centre HEC-ISA, Jouy-en-Josas, France, 1987; Washington University, 1988.
4. Member of the Advisory Board of Marketing Science, 1983-

### IAM – The International Academy of Management

1. Chancellor, 2000-2006.
2. Vice Chancellor for the Americas, 1995-2000.
3. Program chairman, the Americas Conference, 1994, 1998.

### MSI – Marketing Science Institute

1. Chair of a task force on e-business evaluation (part of the Metrics program), 1999.
2. Academic Trustee (1989-1995).
3. Member of the Academic Advisory Council (1983-1987).
4. Member of a number of steering groups, including
   • Marketing Strategies Steering Group, 1983-1987.
   • The International Advisory Steering Committee (1985-1987).
   • Information Technology Steering Committee (1990-1992).

**Other**

1. The Diebold Institute Entrepreneurship and Public Policy Project, Committee of Advisors (1999- ).
2. World Management Council. Member of the Academic Advisory Board (1988–1989).
3. Member of the interdisciplinary task force (organized by AMA) for the design of the *Journal of Consumer Research*, (October 1971–July 1972). Founding member of the Policy Board of the *Journal of Consumer Research* (1972–1983); Chairman of the Board (1977–1978); Chairman of the 1976 and 1981 Editor Search Committees.
4. Member of the Philadelphia's International City Steering Committee (1983–1985, 1987–1988).
5. Member of the Publication Committee of AAPOR (1973-1974).
6. Member of Program Committee of 1979 ACR Conference.

## D. Planning and Organizing Professional Programs at the University

1. Chair, "Network-Based Strategies and Competencies," a joint project with INSEAD co-directed with Paul Kleindorfer, Initial Workshop, May 3, 2007. Conference, November 2007.
2. Chair, "The Future of Advertising," a joint project with the ARF, Workshop, March 30, 2007. Conference, December 2008.
3. Initiated and chaired a task force to develop a Marketing Certification Program (2003- )
4. Co-Designed with Bob Mittelstaedt an executive education program on "Wharton on the New Reality of Business," December 2001 [including the design of the "Wharton Post 9/11 Business Scenario" (October 2001-)] and May 2002.
5. Designed and directed the executive programs, "Winning in the Next Millenium," December 1998.
6. Initiated "The Impact of Computers and Information Technology on Management: 1946, 1996, 2001," May 13-14, 1996 program for the ENIAC at 50 celebration (1994- ).
7. Initiated the "Computers and Art" program for the ENIAC at 50 celebration (1994- ).
8. Participated in the original design of the Wharton – AT&T Marketing Management Program. Taught in the 1973, 1975 -1982 programs.
9. Developed, organized and taught a Marketing Research Seminar for U.P. Clinical Scholars Group (February–May 1975 and February–April 1976).
10. Planned and taught the marketing management section of a number of advanced management programs of the University of Pennsylvania:
    • Dean Witter - Wharton Account Executive Program, 1986.
    • Securities Industry Association Program, annually since 1982.
    • Advanced Management Program for Overseas Bankers, 1975, 1976.
    • Program for Health Care Executives, 1973, 1975, 1982.
11. Participated in various executive development programs of the Marketing Department of the University of Pennsylvania:
    • Marketing for the Postal Service, 1983.
    • Marketing Strategy Seminar, since 1981 (January & May).
    • Pharmaceutical Advertising Council, 1980/1981.
    • Wharton Salesforce Management Seminar, since 1980 (January & May).
    • Dixie/Marathon (American Can Company), May 1977.
    • Marketing Research Seminar 1977-1983.
    • General Building Contracting Association, Inc., January 1977.
    • Center de Promotion du Commerce International, Chambre de Commerce et d'Industrie de Nantes, 1976, 1978-1980.
12. Planned and taught (with Thomas Robertson) a number of seminars on Health Care Marketing for:
    • The Virginia Hospital Association, February 1978.
    • The New York Management Center, September and November 1977.
    • The Wharton School's Lifelong Education Program, October 1976.
13. Co-founder, organizer of the Wharton teaching component, and frequent lecturer in the Wharton/Israel Binational Marketing Management Program [The Consulting Practicum] 1979-1995.

## E. Award Committees

1. Member of the Parlin Board of Governors, 1978-1983, 1995- ; Chairman of the Board, 1980/1981.

2. Member of the selection committee for MIT's Sloan Management Review/Price-Waterhouse Company, 2003 – Best Article Award.

3. Nominator for the Marketing Communications Award of the World Technology Network, 2002- .

4. Initiator of the Lauder Institute Award for the Research Paper that Best Advances the Theory & Practice of International Management Science. Administered by TIMS and Chairman of the first award, 1989.

5. Member of the W. Arthur Cullman Executive Award Selection Committee (Ohio State University), 1985- .

6. Member of a panel of judges for the evaluation of nominees for the Paul D. Converse Awards for Outstanding Contributions to the Development of Theory and Science in Marketing, 1974, 1977, 1981, and 1986.

## F. Planning and Organizing Professional Programs Outside the University

1. KMDC Program, Kuala Lumpur, The Power of Impossible Thinking and Its Implications for Marketing Innovations, March 15-16, 2005.

2. Co-director (with Hotaka Katahira) of the Marunouchi Global Center Management Program, 2002.

3. Planned and taught a number of two-day seminars on "Recent Developments in Marketing Research Methodology" for:
   - The Management Center, University of Bradford, February 1975 and May 1976.
   - The University of Laval, Canada, November 1973.
   - The University of Social Sciences at Grenoble, France with (Paul E. Green), May 1973.

4. Planned and taught various AT&T Executive Development Seminars on:
   - "Multivariate Analysis in Marketing," March and August 1975.
   - "Market Analysis," December 1974, and June 1975.
   - "Market Segmentation," September 1974, November 1975 and March 1976.
   - "How to get the Most Out of Your Marketing Research," Spring 1974.
   - "Consumer Behavior," October 1972, January 1978.

5. Planned and taught two one-day executive seminars on Conjoint Analysis and New Product Policy at the University of New South Wales (Australia), June 1977.

6. Planned and taught a number of executive seminars at the University of Tel Aviv: Marketing Strategy (1969); Product Policy (1977); Marketing and Corporate Strategy (1978, 1980); New Development in Product and Marketing Research (1980).

7. Planned and taught the marketing research section of the Bank Marketing Program of the Graduate School of Bank Marketing, April 1977.

8. Planned and taught a series of two-day seminars on Marketing Strategy for the New York Telephone Company, February and April 1976.

9. Initiated, planned and organized a number of two day workshops on:
   - Concept Testing, University of Pennsylvania, March 1972.
   - Industrial Buying Behavior (with Frederick E. Webster and Richard N. Cardozo), sponsored by the AMA & the University of California at Berkeley, April 1971.